**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| **JAMES L. WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 8:16-cv-58-PWG |
| ) | |
| v. ) | |
| ) | |
| **CORELOGIC SAFERENT, LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT CORELOGIC SAFERENT, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant CoreLogic SafeRent, LLC ("SafeRent"), by and through its undersigned counsel, makes the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103(3):

The nongovernmental corporate party, SafeRent, has the following parent corporation and no other publicly held corporation owns 10% or more of its stock: SafeRent is a wholly-owned subsidiary of CoreLogic Information Resources, LLC, which is wholly-owned subsidiary of CoreLogic, Inc. CoreLogic, Inc. is publicly traded on the New York Stock Exchange under the acronym "CLGX."

    Respectfully submitted,

    By: /s/ S. Mohsin Reza
    S. Mohsin Reza (Bar No. 19015)
    mohsin.reza@troutmansanders.com
    TROUTMAN SANDERS LLP
    1850 Towers Crescent Plaza, Suite 500
    Tysons Corner, Virginia 22182
    Telephone: (703) 734-4334
    Facsimile: (703) 734-4340

27947047

*Counsel for Defendant CoreLogic SafeRent, LLC*

27947047

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February 2016, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all registered users listed below:

Kristi C. Kelly
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167

                                           By: /s/ S. Mohsin Reza
S. Mohsin Reza (Bar No. 19015)
mohsin.reza@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone:  (703) 734-4334
Facsimile:  (703) 734-4340

*Counsel for Defendant CoreLogic SafeRent, LLC*

27947047v1