# EXHIBIT 1

01/06/2015 13:01:40   MultiState Sex-Offender Search Report by Crimcheck America

MEMBER INFORMATION

Account Number........: 86370
Member Name...........: Oella Mill
Phone Number..........: 301-621-0100
Fax Number............: 301-486-0347
Request Date..........: 01/06/2015
Request Number........: 85040504
Request Type..........: Sex-Offender

APPLICANT INFORMATION

First Name............: JAMES L
Last Name.............: WILLIAMS
Suffix................:
SSN...................: ***-**-0508
DOB...................: 1950
Address...............: 1143 SOUTH PARK TR CHICAGO IL 60605
Requested State.......: MultiState

REPORT SUMMARY

ITEM 001

Full Name.............: JAMES WILLIAMS
DOB...................: 1950
SSN...................:
Address...............:
Jurisdiction..........: CA
Record Type...........: Sex Offender Registration
Tracking Number(s)....: Race: WHITE   Height: 5'9"   Weight: 170   Eye: HAZEL   Hair: BROWN   Sex: M
File Date.............: 02/19/2011
Offense...............: CT1 Registered Sex Offender
Disposition...........: CT1-Registered
Disposition Date......: CT1:00/00/0000
Comments..............: CT1-ORAL COPULATION WITH PERSON UNDER 14/BY
                        OR BY FOR

WARNING: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS
REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT
DUE TO THE NATURE OF PUBLIC RECORDS AND/OR THE NATURE OF THIS QUERY
(D)LISTINGS ABOVE MAY NOT PERTAIN TO THE INDIVIDUAL APPLICANT IN QUESTION

01/07/2015              Invoice# 85040504                              Page

OR (II) THERE WILL BE INSTANCES WHERE NO CRIMINAL INFORMATION IS REPORTED
WITH REGARD TO PERSONS WHO IN FACT HAVE CRIMINAL RECORDS. RECORDS ARE
SELECTED ON THE BASIS OF PERSONAL IDENTIFIER(S) INFORMATION MATCH(ES)
WITH THE APPLICANT (IF AND WHEN AVAILABLE). THERE IS A WIDE DIVERSITY
IN THE TYPES OF CRIMINAL RECORDS MADE AVAILABLE BY VARIOUS JURISDICTIONS
AND IN THE CONTENT OF SUCH RECORDS AND DUE TO THE ORGANIZATION OF CRIMINAL
RECORDS AND/OR THE NATURE OF THE QUERY, THERE WILL BE INSTANCES WHERE
IDENTIFYING INFORMATION APPEARS TO MATCH THE APPLICANT ON WHICH A REPORT
IS SOUGHT, WHICH INFORMATION MAY NOT PERTAIN TO THE APPLICANT. YOU SHALL
TAKE INDEPENDENT VERIFICATION OF THE INFORMATION CONTAINED IN THIS REPORT
TO ENSURE THAT IT PERTAINS TO THE APPLICANT BEFORE YOU TAKE ANY ADVERSE
ACTION AGAINST THE APPLICANT, THOUGH INFORMATION CONTAINED IN THIS REPORT
IS OBTAINED FROM COURT FILES AND/OR GOVERNMENT PUBLIC RECORD SOURCES,
THE ACCURACY OF SUCH INFORMATION IS NOT GUARANTEED. USE OF THIS REPORT
MUST BE IN COMPLIANCE WITH YOUR SERVICE AGREEMENT WITH CORELOGIC SAFERENT
INC. ("SAFERENT"), AND OTHER APPLICABLE FEDERAL, STATE, AND LOCAL LAWS,
RULES, REGULATIONS, ORDINANCES AND COURT ORDERS ("APPLICABLE LAW").
USERS SHOULD CONSULT WITH THEIR COUNSEL ABOUT REQUIREMENTS AND/OR
LIMITATIONS WITH REGARD TO (I) INFORMATION CONTAINED IN THIS REPORT
AND/OR (II) USE OF SEX OFFENDER REGISTRY INFORMATION UNDER APPLICABLE LAW.
WARNING: A PERSON MUST HAVE A PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT
REPORTING ACT ("FCRA") TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES
THAT ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A
CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSE SHALL BE
ASSESSED CERTAIN CIVIL AND CRIMINAL PENALTIES, INCLUDING FINES AND
POSSIBLE IMPRISONMENT.

15 USC sect. 1681 e.b.