# EXHIBIT 2

01/11/2016 18:47:11 Multistate Criminal Search Report by Crimcheck America

MEMBER INFORMATION

Account Number.......: 73113
Member Name..........: Ashford at Woodlake
Phone Number.........: 301-890-6400
Fax Number...........: 301-890-1499
Request Date.........: 01/11/2016
Request Number.......: 91371418
Request Type.........: Criminal

APPLICANT INFORMATION

First Name...........: HECTOR
Last Name............: HERNANDEZ
Suffix...............:
SSN..................: ***-**-0148
DOB..................: [redacted]1958
Address..............: 4702 NICHOLSON ST RIVERDALE MD 20737
Requested State......: Multistate

REPORT SUMMARY

ITEM 001

Full Name............: HECTOR DAVID HERNANDEZ
DOB..................: [redacted]1958
SSN..................:
Address..............:
Jurisdiction.........: 79TH DISTRICT COURT FALFURRIAS
Record Type..........: CRIMINAL COURT ACTION
Tracking Number(s)...: DPS#: 06454923 Case No: 3607 Crt Case#: 09-06-10030-CR
Identifier(s)........: Sex: Male Race:HISPANIC Eye Color:BROWN Height:064 (inches) Weight:160 (lbs)
File Date............: 03/26/2009
Offense..............: CT1-POSS MARIJ <= 50 LBS >5LBS
Disposition..........: CT1-DEFERRED
Disposition Date.....: CT1-09/30/2009
Comments.............: CT1-FELONY - 3RD DEGREE; St:481.121(B)(4)

ITEM 002

Full Name............: HECTOR DAVID HERNANDEZ
DOB..................: [redacted]1958
SSN..................:

Address............:
Jurisdiction.......: BROOKS
Record Type........: CRIMINAL COURT ACTION
Tracking Number(s).: State ID#:06454923
Identifier(s)......: Sex: Male Race:WHITE
File Date..........: 03/26/2009
Offense............: CT1-POSS MARIJ >5LBS<=50LBS
Disposition........: CT1-CONVICTED
Disposition Date...: CT1-09/30/2009
Comments...........: CT1-Felony Status:Active; NCIC Code: 35620011
===========================================================================

WARNING: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. DUE TO THE NATURE OF PUBLIC RECORDS AND/OR THE NATURE OF THE QUERY, (I)LISTINGS ABOVE MAY NOT PERTAIN TO THE INDIVIDUAL APPLICANT IN QUESTION OR (II) THERE WILL BE INSTANCES WHERE NO CRIMINAL INFORMATION IS REPORTED WITH REGARD TO PERSONS WHO IN FACT HAVE CRIMINAL RECORDS. RECORDS ARE SELECTED ON THE BASIS OF PERSONAL INDENTIFIER(S) INFORMATION MATCH(ES) WITH THE APPLICANT (IF AND WHEN AVAILABLE). THERE IS A WIDE DIVERSITY IN THE TYPES OF CRIMINAL RECORDS MADE AVAILABLE BY VARIOUS JURISDICTIONS AND IN THE CONTENT OF SUCH RECORDS AND DUE TO THE ORGANIZATION OF CRIMINAL RECORDS AND/OR THE NATURE OF THE QUERY, THERE WILL BE INSTANCES WHERE IDENTIFYING INFORMATION APPEARS TO MATCH THE APPLICANT ON WHICH A REPORT IS SOUGHT, WHICH INFORMATION MAY NOT PERTAIN TO THE APPLICANT. YOU SHALL TAKE INDEPENDENT VERIFICATION OF THE INFORMATION CONTAINED IN THIS REPORT TO ENSURE THAT IT PERTAINS TO THE APPLICANT BEFORE YOU TAKE ANY ADVERSE ACTION AGAINST THE APPLICANT. THOUGH INFORMATION CONTAINED IN THIS REPORT IS OBTAINED FROM COURT FILES AND/OR GOVERNMENT PUBLIC RECORD SOURCES, THE ACCURACY OF SUCH INFORMATION IS NOT GUARANTEED. USE OF THIS REPORT MUST BE IN COMPLIANCE WITH YOUR SERVICE AGREEMENT WITH CORELOGIC SAFERENT , INC.("SAFERENT"), AND OTHER APPLICABLE FEDERAL, STATE AND LOCAL LAWS, RULES, REGULATIONS, ORDINANCES AND COURT ORDERS. USERS SHOULD CONSULT WITH THEIR COUNSEL ABOUT REQUIREMENTS AND/OR LIMITATIONS, WITH REGARD TO INFORMATION CONTAINED IN THIS REPORT.
WARNING: A PERSON MUST HAVE A PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT ("FCRA") TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSE SHALL BE ASSESSED CERTAIN CIVIL AND CRIMINAL PENALTIES, INCLUDING FINES AND POSSIBLE IMPRISONMENT.

01/12/2016 18:05:42 Statewide Criminal Search Report by Crimcheck America

MEMBER INFORMATION

Account Number......: 73113
Member Name.........: Ashford at Woodlake
Phone Number........: 301-890-6400
Fax Number..........: 301-890-1499
Request Date........: 01/11/2016
Request Number......: 91371419
Request Type........: Criminal

APPLICANT INFORMATION

First Name..........: HECTOR
Last Name...........: HERNANDEZ
Suffix..............:
SSN.................: ***-**-0148
DOB.................: [redacted]1958
Address.............: 4702 NICHOLSON ST RIVERDALE MD 20737
Requested State.....: DC

REPORT SUMMARY

NO RECORD FOUND

WARNING: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. DUE TO THE NATURE OF PUBLIC RECORDS AND/OR THE NATURE OF THE QUERY, (I) LISTINGS ABOVE MAY NOT PERTAIN TO THE INDIVIDUAL APPLICANT IN QUESTION OR (II) THERE WILL BE INSTANCES WHERE NO CRIMINAL INFORMATION IS REPORTED WITH REGARD TO PERSONS WHO IN FACT HAVE CRIMINAL RECORDS. RECORDS ARE SELECTED ON THE BASIS OF PERSONAL INDENTIFIER(S) INFORMATION MATCH(ES) WITH THE APPLICANT (IF AND WHEN AVAILABLE). THERE IS A WIDE DIVERSITY IN THE TYPES OF CRIMINAL RECORDS MADE AVAILABLE BY VARIOUS JURISDICTIONS AND IN THE CONTENT OF SUCH RECORDS AND DUE TO THE ORGANIZATION OF CRIMINAL RECORDS AND/OR THE NATURE OF THE QUERY, THERE WILL BE INSTANCES WHERE IDENTIFYING INFORMATION APPEARS TO MATCH THE APPLICANT ON WHICH A REPORT IS SOUGHT, WHICH INFORMATION MAY NOT PERTAIN TO THE APPLICANT. YOU SHALL TAKE INDEPENDENT VERIFICATION OF THE INFORMATION CONTAINED IN THIS REPORT TO ENSURE THAT IT PERTAINS TO THE APPLICANT BEFORE YOU TAKE ANY ADVERSE ACTION AGAINST THE APPLICANT. THOUGH INFORMATION CONTAINED IN THIS REPORT IS OBTAINED FROM COURT FILES AND/OR GOVERNMENT PUBLIC RECORD SOURCES, THE ACCURACY OF SUCH INFORMATION IS NOT GUARANTEED. USE OF THIS REPORT MUST BE IN COMPLIANCE WITH YOUR SERVICE AGREEMENT WITH CORELOGIC SAFERENT

, INC. ("SAFERENT"), AND OTHER APPLICABLE FEDERAL, STATE AND LOCAL LAWS, RULES, REGULATIONS, ORDINANCES AND COURT ORDERS. USERS SHOULD CONSULT WITH THEIR COUNSEL ABOUT REQUIREMENTS AND/OR LIMITATIONS, WITH REGARD TO INFORMATION CONTAINED IN THIS REPORT.

WARNING: A PERSON MUST HAVE A PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT ("FCRA") TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSE SHALL BE ASSESSED CERTAIN CIVIL AND CRIMINAL PENALTIES, INCLUDING FINES AND POSSIBLE IMPRISONMENT.

01/11/2016 18:47:05 MultiState Sex-Offender Search Report by Crimcheck America

MEMBER INFORMATION

Account Number.......: 73113
Member Name..........: Ashford at Woodlake
Phone Number.........: 301-890-6400
Fax Number...........: 301-890-1499
Request Date.........: 01/11/2016
Request Number.......: 91371416
Request Type.........: Sex-Offender

APPLICANT INFORMATION

First Name...........: HECTOR
Last Name............: HERNANDEZ
Suffix...............:
SSN..................: ***-**-0148
DOB..................: [redacted]1958
Address..............: 4702 NICHOLSON ST RIVERDALE MD 20737
Requested State......: Multistate

REPORT SUMMARY

NO RECORD FOUND

WARNING: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. DUE TO THE NATURE OF PUBLIC RECORDS AND/OR THE NATURE OF THE QUERY, (I)LISTINGS ABOVE MAY NOT PERTAIN TO THE INDIVIDUAL APPLICANT IN QUESTION OR (II) THERE WILL BE INSTANCES WHERE NO CRIMINAL INFORMATION IS REPORTED WITH REGARD TO PERSONS WHO IN FACT HAVE CRIMINAL RECORDS. RECORDS ARE SELECTED ON THE BASIS OF PERSONAL INDENTIFIER(S) INFORMATION MATCH(ES) WITH THE APPLICANT (IF AND WHEN AVAILABLE). THERE IS A WIDE DIVERSITY IN THE TYPES OF CRIMINAL RECORDS MADE AVAILABLE BY VARIOUS JURISDICTIONS AND IN THE CONTENT OF SUCH RECORDS AND DUE TO THE ORGANIZATION OF CRIMINAL RECORDS AND/OR THE NATURE OF THE QUERY, THERE WILL BE INSTANCES WHERE IDENTIFYING INFORMATION APPEARS TO MATCH THE APPLICANT ON WHICH A REPORT IS SOUGHT, WHICH INFORMATION MAY NOT PERTAIN TO THE APPLICANT. YOU SHALL TAKE INDEPENDENT VERIFICATION OF THE INFORMATION CONTAINED IN THIS REPORT TO ENSURE THAT IT PERTAINS TO THE APPLICANT BEFORE YOU TAKE ANY ADVERSE ACTION AGAINST THE APPLICANT. THOUGH INFORMATION CONTAINED IN THIS REPORT IS OBTAINED FROM COURT FILES AND/OR GOVERNMENT PUBLIC RECORD SOURCES, THE ACCURACY OF SUCH INFORMATION IS NOT GUARANTEED. USE OF THIS REPORT MUST BE IN COMPLIANCE WITH YOUR SERVICE AGREEMENT WITH CORELOGIC SAFERENT,

INC. ("SAFERENT"), AND OTHER APPLICABLE FEDERAL, STATE, AND LOCAL LAWS, RULES, REGULATIONS, ORDINANCES AND COURT ORDERS ("APPLICABLE LAW"). USERS SHOULD CONSULT WITH THEIR COUNSEL ABOUT REQUIREMENTS AND/OR LIMITATIONS, WITH REGARD TO (I) INFORMATION CONTAINED IN THIS REPORT AND/OR (II) USE OF SEX-OFFENDER REGISTRY INFORMATION UNDER APPLICABLE LAW. WARNING: A PERSON MUST HAVE A PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT ("FCRA") TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSE SHALL BE ASSESSED CERTAIN CIVIL AND CRIMINAL PENALTIES, INCLUDING FINES AND POSSIBLE IMPRISONMENT.