IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JAMES L. WILLIAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Action 8:16-cv-00058-PX** |
| ) | |
| CORELOGIC SAFERENT, LLC, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL**

Defendant, CoreLogic Saferent, LLC, by counsel, with the consent of Plaintiffs, James L. Williams and Hector Hernandez, and pursuant to Federal Rule of Civil Procedure 26(c), moves for the entry of the attached Stipulated Protective Order Regarding Confidentiality of Discovery Material.

WHEREFORE, Defendant, CoreLogic Saferent, LLC, respectfully requests that the Court enter the attached proposed Stipulated Protective Order Regarding Confidentiality of Discovery Material and grant all other just and equitable relief.

Respectfully submitted,

/s/ S. Mohsin Reza
S. Mohsin Reza (Bar No. 19015)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22 182
Telephone: (703)734-4334
Facsimile:  (703) 734-4340
mohsin.reza@troutmansanders.com

Ronald I. Raether, Jr.*
TROUTMAN SANDERS LLP
5 Park Plaza Ste 1400

Irvine, CA 92614
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
ronald.raether@troutmansanders.com

Timothy J. St. George*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile:  (804) 698-601 3
tim.stgeorge@troutmansanders.com
*admitted *pro hac vice*

*Counsel for Defendant CoreLogic SafeRent, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all registered users listed below:

Kristi Cahoon Kelly, Esq.
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com

E. Michelle Drake, Esq.
John G. Albanese, Esq.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
emdrake@bm.net
jalbanese@bm.net
*Counsel for Plaintiffs*

By:/s/ S. Mohsin Reza
S. Mohsin Reza (Bar No. 19015)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22 182
Telephone: (703)734-4334
Facsimile:  (703) 734-4340
mohsin.reza@troutmansanders.com

*Counsel for Defendant CoreLogic SafeRent, LLC*

28715274v1