

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

June 29, 2016

Re:  16-cv-00058, *Williams v. CoreLogic SafeRent, LLC*

### **LETTER ORDER**

Dear Parties:

Please be advised that the Court has scheduled a Pre-Motion conference call for **July 7, 2016,** at **10:30 a.m.** Parties are directed to dial in on the designated date and time. The dial-in information is as follows:

Dial-In Number: (888) 684-8852
Access Code: 1779829
Participant Password: 070716

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

_____/S/_____
Paula Xinis
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**