**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| **JAMES L. WILLIAMS,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action 8:16-cv-00058-PX** |
| | ) | |
| **CORELOGIC SAFERENT, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CONSENT MOTION TO MODIFY INITIAL
SCHEDULING ORDER AND DISCOVERY ORDER**

Plaintiffs, James L. Williams and Hector Hernandez ("Plaintiffs"), and Defendant,

CoreLogic SafeRent, LLC ("SafeRent"), through their counsel, respectfully request that this Court

modify its April 6, 2016 Scheduling Order (Dkt. No. 18) as follows:

| | |
|---|---|
| Plaintiffs' Motion to Compel due with respect to July 28, 2016 Pre-Motion Letter | August 15, 2016 |
| Defendant's response to Plaintiff's Motion to Compel due | August 29, 2016 |
| Plaintiffs' reply memorandum in support of Motion to Compel due | September 7, 2016 |
| Plaintiffs' and Defendant's Rule 26(a)(2) expert disclosures | November 8, 2016 |
| Plaintiffs' and Defendant's Rule 26(a)(2) expert rebuttal disclosures | December 6, 2016 |
| Rule 26(e)(2) supplementation of disclosures and responses | December 14, 2016 |
| Discovery deadline; submission of status report | December 21, 2016 |
| Requests for Admission | January 11, 2017 |

| Dispositive pretrial motions deadline | January 31, 2017 |
| Motion for class certification deadline | January 31, 2017 |

Unless modified herein, the provisions and deadlines contained in the April 6, 2016 Order shall remain in effect.

   WHEREFORE, for the above-stated reasons, counsel for all parties respectfully request that the current Scheduling Order issued by the Court be modified as set forth above.

**JAMES L. WILLIAMS and
HECTOR HENANDEZ**


/s/ Kristi Cahoon Kelly
Kristi Cahoon Kelly, Esq.
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: kkelly@kellyandccrandall.com

E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)*
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
emdrake@bm.net
jalbanese@bm.net

*admitted *pro hac vice*

**CORELOGIC SAFERENT, LLC**

By:/s/ S. Mohsin Reza
S. Mohsin Reza (Bar No. 19015)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22 182
Telephone:(703)734-4334
Facsimile:  (703) 734-4340
mohsin.reza@troutmansanders.com
(*signed by Kristi C. Kelly with written permission of S. Mohsin Reza*)

Ronald I. Raether, Jr.*
TROUTMAN SANDERS LLP
5 Park Plaza Ste 1400
Irvine, CA 92614
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
ronald.raether@troutmansanders.com

Timothy J. St. George*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile:  (804) 698-6013
tim.stgeorge@troutmansanders.com

*admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.

_____/s/ Kristi C. Kelly_____
Kristi Cahoon Kelly, Esq.
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: kkelly@kellyandccrandall.com