**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| **JAMES L. WILLIAMS,** *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action 8:16-cv-00058-PX |
| | ) | |
| **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFFS' MOTION TO COMPEL

Plaintiffs, James L. Williams and Hector Hernandez ("Plaintiffs"), by counsel, pursuant to Rule 37 of the Federal Rules of Civil Procedure and L.R. 104.8, hereby move the Court to order Defendant to provide full and complete responses to the discovery requests identified in the Memorandum in Support filed contemporaneously herewith.

Plaintiffs certify that their counsel has met and conferred with Defendant's counsel to resolve the issues in this motion.

                                                            Respectfully submitted,

                                                            **JAMES L. WILLIAMS and HECTOR HERNANDEZ**

                                                            By: _/s/ *Kristi C. Kelly*_____
                                                                  Counsel

Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com

E. Michelle Drake (MN Bar No.0387366)*

John G. Albanese (MN Bar No.0395882)*
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
emdrake@bm.net
jalbanese@bm.net

*admitted *pro hac vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of August, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

| | |
|---|---|
| S. Mohsin Reza (Bar No. 19015)<br>TROUTMAN SANDERS LLP<br>1850 Towers Crescent Plaza, Suite 500<br>Tysons Corner, Virginia 22182<br>Telephone: (703) 734-4334<br>Facsimile: (703) 734-4340<br>mohsin.reza@troutmansanders.com<br><br>*Counsel for Corelogic SafeRent, LLC* | Ronald I. Raether, Jr.<br>TROUTMAN SANDERS LLP<br>5 Park Plaza Ste 1400<br>Irvine, CA 92614<br>Telephone: (949) 622-2722<br>Facsimile: (949) 622-2739<br>ronald.raether@troutmansanders.com<br><br>Timothy J. St. George<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>Telephone: (804) 697-1254<br>Facsimile:  (804) 698-601 3<br>tim.stgeorge@troutmansanders.com |

    /s/ *Kristi C. Kelly*
    Kristi Cahoon Kelly, Esq. (No. 07244)
    KELLY & CRANDALL, PLC
    4084 University Drive, Suite 202A
    Fairfax, Virginia 22030
    (703) 424-7576 Telephone
    (703) 591-0167 - Facsimile
    E-mail:  kkelly@kellyandcrandall.com
    *Counsel for Plaintiff*