```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         ALEXANDRIA DIVISION


 - - - - - - - - - - - - - - - - - :
 MIGUEL A. RODRIGUEZ, on behalf    :
   of himself and all others       :
   similarly situated              :
                                   :
   v.                              :  Civil Action
                                   :  No. 1:14CV1142
 EQUIFAX INFORMATION SERVICES, LLC :
 - - - - - - - - - - - - - - - - - :  March 12, 2015
```

COMPLETE TRANSCRIPT OF HEARING
BEFORE THE HONORABLE THOMAS RAWLES JONES, JR.
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

Leonard Anthony Bennett, Esquire
Consumer Litigation Associates
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia   23601

    Counsel for the Plaintiff

John Willard Montgomery, Jr., Esquire
John W. Montgomery Jr. Attorney PLC
2116 Dabney Road
Suite A-1
Richmond, Virginia   23230

    Counsel for the Defendant


DIANE J. DAFFRON, RPR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

1   except the actual names and sensitive personal
2   information about these consumers.
3            THE COURT: If Equifax is not willing to
4   stipulate ascertainability, then Equifax is going to
5   have to produce for a two-month period to be picked by
6   Mr. Bennett the reports and all of the relevant 1681k
7   information for that same two months so he can go put
8   the numbers together himself.
9            MR. McENTYRE: Your Honor, at this point
10  since we haven't seen the new class definition, which
11  apparently has changed radically from the one in the
12  complaint, I can't tell you that we can stipulate to
13  ascertainability.
14           THE COURT: I'm not saying you should. I'm
15  saying the alternative is to give him two months worth
16  of data.
17           MR. McENTYRE: I think we ought to be able to
18  review the class definition, Your Honor. Once we see
19  what the new class definition is, class definitions
20  are, we can assess whether Equifax is willing to
21  stipulate to ascertainability.
22           Again, given that we have told Mr. Bennett
23  the information exists, his argument when he moved for
24  class certification --
25           THE COURT: That takes us around to something