IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **JAMES L. WILLIAMS,** *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action 8:16-cv-00058-PX |
| | ) |
| **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING OF SEALED EXHIBIT**

Exhibit 6, which is an attachment to Plaintiffs' Memorandum in Support of Motion to Compel will be filed with the Clerk's Office in PDF Format within 24 hours of the filing of this Notice so that it may be electronically filed under seal.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail on S. Mohsin Reza, Timothy St. George and Ronald Raether.

  /s/ *Kristi C. Kelly*_____
Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiffs*