**WILLIAMS, *et al.* v. CORELOGIC SAFERENT, LLC**
<u>Electronic Discovery Log</u>

| <u>Date</u> | <u>Activity</u> | <u>Time</u> | <u>Timekeeper</u> |
|---|---|---|---|
| 5/11/2016 | Identify list of custodians for e-discovery in consultation with client and discuss same | .8 | St. George |
| 5/11/2016 | Draft email to client regarding e-discovery issues | .6 | St. George |
| 5/22/2016 | Coordinate load of electronic documents to discovery vendor | .5 | St. George |
| 5/23/2016 | Develop list of search terms to apply across custodians | .9 | St. George |
| 6/2/2016 | Coordinate refinement of search terms with e-discovery vendor and review results of same | .8 | St. George |
| 6/3/2016 | Review refinement of search terms and conference regarding same | .4 | St. George |
| 6/6/2016 | Conference regarding e-discovery document review process and coding | .5 | St. George |
| 6/6/2016 | Review refinement of search terms and conference with e-discovery vendor regarding same | .4 | St. George |
| 6/7/2016 | Conference with electronic discovery vendor regarding document "batching" and review tags | .3 | St. George |
| 6/7/2016 | Develop list of potentially privileged custodians for application across documents elevated | .4 | St. George |

|  |  |  |  |
|---|---|---|---|
|  | for review and conference with electronic discovery vendor regarding same |  |  |
| 6/9/2016 | Attend team conference regarding electronic discovery review process | .5 | Hoffmeister |
| 6/9/2016 | Attend team conference regarding electronic discovery review process | .5 | Stout |
| 6/9/2016 | Attend team conference regarding electronic discovery review process | .5 | Kelly |
| 6/9/2016 | Attend team conference regarding electronic discovery review process | .5 | Lohr |
| 6/9/2016 | Attend team conference regarding strategy for discovery review process | .5 | Nicholls |
| 6/9/2016 | Review and code documents in connection with electronic document review | 2.2 | Hoffmeister |
| 6/10/2016 | Review and code documents in connection with electronic document review | 2.3 | Hoffmeister |
| 6/12/2016 | Review and code documents in connection with electronic document review | 1.0 | Hoffmeister |
| 6/13/2016 | Review and code documents in connection with electronic document review | .5 | Hoffmeister |
| 6/14/2016 | Review and code | .7 | Hoffmeister |

| | | | |
|---|---|---|---|
| | documents in connection with electronic document review | | |
| 6/15/2016 | Review and code documents in connection with electronic document review | 3.0 | Hoffmeister |
| 6/16/2016 | Review and code documents in connection with electronic document review | 2.2 | Kelly |
| 6/17/2016 | Review and code documents in connection with electronic document review | .3 | Hoffmeister |
| 6/20/2016 | Review and code documents in connection with electronic document review | 2.1 | Stout |
| 6/20/2016 | Review and code documents in connection with electronic document review | .5 | Hoffmeister |
| 6/20/2016 | Review and code documents in connection with electronic document review | 2.3 | St. George |
| 6/21/2016 | Review and code documents in connection with electronic document review | 4.7 | St. George |
| 6/21/2016 | Review and code documents in connection with electronic document review | 1.9 | Serrano |
| 6/21/2016 | Review and code documents in | 3.0 | Stout |

|  | connection with electronic document review |  |  |
|---|---|---|---|
| 6/21/2016 | Review and code documents in connection with electronic document review | 1.1 | Stout |
| 6/21/2016 | Review and code documents in connection with electronic document review | 1.5 | Nicholls |
| 6/22/2016 | Review and code documents in connection with electronic document review | 6.0 | Stout |
| 6/22/2016 | Review and code documents in connection with electronic document review | 1.6 | Serrano |
| 6/22/2016 | Review and code documents in connection with electronic document review | 4.1 | St. George |
| 6/22/2016 | Review and code documents in connection with electronic document review | 2.6 | Hoffmeister |
| 6/22/2016 | Review and code documents in connection with electronic document review | 3.3 | Lohr |
| 6/22/2016 | Review and code documents in connection with electronic document review | 5.6 | Kelly |
| 6/22/2016 | Review and code documents in connection with | 1.25 | Nicholls |

|  | electronic document review |  |  |
|---|---|---|---|
| 6/23/2016 | Review and code documents in connection with electronic document review | 7.2 | Stout |
| 6/23/2016 | Review and code documents in connection with electronic document review | 2.3 | Serrano |
| 6/22/2016 | Review and code documents in connection with electronic document review | 2.3 | Kelly |
| 6/23/2016 | Review and code documents in connection with electronic document review | 3.7 | Lohr |
| 6/24/2016 | Review and code documents in connection with electronic document review | .7 | Lohr |
| 6/24/2016 | Review and code documents in connection with electronic document review | 7.5 | Stout |
| 6/24/2016 | Review and code documents in connection with electronic document review | 1.7 | Kelly |
| 6/24/2016 | Review and code documents in connection with electronic document review | 2.5 | Serrano |
| 6/24/2016 | Review and code documents in connection with electronic document | 1.3 | Hoffmeister |

|  |  |  |  |
|---|---|---|---|
|  | review |  |  |
| 6/24/2016 | Review and code documents in connection with electronic document review | .75 | Nicholls |
| 6/25/2016 | Review and code documents in connection with electronic document review | 2.1 | Serrano |
| 6/27/2016 | Review and code documents in connection with electronic document review | 3.1 | Kelly |
| 6/27/2016 | Review and code documents in connection with electronic document review | 11.1 | Stout |
| 6/27/2016 | Review and code documents in connection with electronic document review | .6 | Nicholls |
| 6/27/2016 | Review and code documents in connection with electronic document review | 4.6 | Serrano |
| 6/27/2016 | Review and code documents in connection with electronic document review | 6.6 | St. George |
| 6/28/2016 | Review and code documents in connection with electronic document review | 8.0 | Stout |
| 6/28/2016 | Review and code documents in connection with electronic document review | 3.9 | Serrano |

6

| | | | |
|---|---|---|---|
| 6/28/2016 | Review and code documents in connection with electronic document review | 4.6 | St. George |
| 6/29/2016 | Review and code documents in connection with electronic document review | 6.2 | St. George |
| 6/29/2016 | Review and code documents in connection with electronic document review | 6.0 | Stout |
| 6/29/2016 | Review and code documents in connection with electronic document review | 1.5 | Serrano |
| 6/30/2016 | Review and code documents in connection with electronic document review | .7 | Serrano |
| 6/30/2016 | Conduct second-level review of coded documents | 5.2 | St. George |
| 7/1/2016 | Conduct second-level review of documents | 5.1 | St. George |
| 7/2/2016 | Conduct second-level review of documents | 1.3 | St. George |
| 7/4/2016 | Conduct second-level review of documents | 1.1 | St. George |
| 7/7/2016 | Conduct third-level review of documents | 1.8 | St. George |
| 7/7/2016 | Conduct third-level review of documents | 2.4 | St. George |
| 7/8/2016 | Conduct third-level review of documents | 3.5 | St. George |
| 7/9/2016 | Conduct third-level review of documents | 1.3 | St. George |
| 7/10/2016 | Conduct third-level review of documents | 2.1 | St. George |