**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **JAMES L. WILLIAMS,** *et al.* )<br>)<br>  **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CORELOGIC RENTAL PROPERTY** )<br>**SOLUTIONS, LLC,** )<br>)<br>  **Defendant.** ) | Civil Action 8:16-cv-00058-PX |

## PLAINTIFFS' INTERIM SEALING MOTION

Plaintiffs, James L. Williams and Hector Hernandez ("Plaintiffs"), by counsel, pursuant to L.R. 105.11 and the Stipulated Protective Order (Dkt. 33-1 at ¶ 2), hereby move to seal Exhibits 6, 7, 8 and 11 attached to Plaintiffs' Motion to Compel, as well as the portions of Plaintiffs' memorandum that discusses these exhibits. In support thereof, Plaintiffs state as follows:

Defendant has designated the documents related to its databases and algorithms as confidential. The exhibits and Plaintiffs' memorandum provide details regarding the databases and algorithms and, thus, Plaintiffs move the Court to temporarily seal the exhibits and memorandum until such time as Defendant's designations may be ruled upon by the Court.

Respectfully submitted,<br>
**JAMES L. WILLIAMS and HECTOR HERNANDEZ**<br>
<br>
By: _/s/ *Kristi C. Kelly*_____<br>
Counsel

Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone

(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com

E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)*
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
emdrake@bm.net
jalbanese@bm.net

*admitted *pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of August, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

| | |
|---|---|
| S. Mohsin Reza (Bar No. 19015)<br>TROUTMAN SANDERS LLP<br>1850 Towers Crescent Plaza, Suite 500<br>Tysons Corner, Virginia 22182<br>Telephone: (703) 734-4334<br>Facsimile: (703) 734-4340<br>mohsin.reza@troutmansanders.com<br><br>*Counsel for Corelogic SafeRent, LLC* | Ronald I. Raether, Jr.<br>TROUTMAN SANDERS LLP<br>5 Park Plaza Ste 1400<br>Irvine, CA 92614<br>Telephone: (949) 622-2722<br>Facsimile: (949) 622-2739<br>ronald.raether@troutmansanders.com<br><br>Timothy J. St. George<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>Telephone: (804) 697-1254<br>Facsimile:  (804) 698-601 3<br>tim.stgeorge@troutmansanders.com |

      /s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com
*Counsel for Plaintiff*

3