**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **JAMES L. WILLIAMS,** *et al.* | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )   Civil Action 8:16-cv-00058 |
| **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

## NOTICE OF FILING UNDER SEAL

Notice is hereby given that on August 29, 2016, Defendant, CoreLogic Rental Property Solutions, LLC ("RPS"), filed Exhibit 4 and certain portions of Exhibit 5 to its memorandum in opposition to Plaintiff's Motion to Compel under seal, along with the related references to that Exhibit in RPS's memorandum in opposition. The sealed filings consist of information and documents describing RPS's technological systems.

August 29, 2016         **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC**

                Respectfully submitted,

                By: /s/
                S. Mohsin Reza (Bar No. 19015)
                TROUTMAN SANDERS LLP
                1850 Towers Crescent Plaza, Suite 500
                Tysons Corner, Virginia 22 182
                Telephone:(703)734-4334
                Facsimile:  (703) 734-4340
                mohsin.reza@troutmansanders.com

                Ronald I. Raether, Jr.*
                TROUTMAN SANDERS LLP
                5 Park Plaza Ste 1400
                Irvine, CA 92614
                Telephone: (949) 622-2722
                Facsimile: (949) 622-2739
                ronald.raether@troutmansanders.com

                Timothy J. St. George*
                TROUTMAN SANDERS LLP
                1001 Haxall Point
                Richmond, VA 23219
                Telephone: (804) 697-1254
                Facsimile:  (804) 698-6013
                tim.stgeorge@troutmansanders.com
                *admitted pro hac vice

                *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

On August 29, 2016, a true and correct copy of the foregoing has was served via the Court's Electronic Case Filing system, which will send a notice of electronic filing to:

> Kristi C. Kelly
> Kelly & Crandall, PLC
> 4084 University Drive, Suite 202A
> Fairfax, VA  22030
> Telephone:  (703) 424-7576
> Facsimile:  (703) 591-0167
> Email:  kkelly@kellyandcrandall.com
>
> E. Michelle Drake (MN Bar No.0387366)*
> John G. Albanese (MN Bar No.0395882)*
> Berger & Montague, PC
> 43 SE Main Street, Suite 505
> Minneapolis, MN 55414
> Telephone: (612) 594-5999
> emdrake@bm.net
> jalbanese@bm.net
>
> *admitted *pro hac vice*
>
> *Counsel for Plaintiffs*

>> By:/s/_____
>> Timothy J. St. George*
>> TROUTMAN SANDERS LLP
>> 1001 Haxall Point
>> Richmond, VA 23219
>> Telephone: (804) 697-1254
>> Facsimile:  (804) 698-6013
>> tim.stgeorge@troutmansanders.com
>> *admitted pro hac vice
>>
>> *Counsel for Defendant*