**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **JAMES L. WILLIAMS,** *et al.* )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CORELOGIC RENTAL PROPERTY** )<br>**SOLUTIONS, LLC,** )<br>)<br>    **Defendant.** ) | Civil Action 8:16-cv-00058-PX |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO SEAL**

Plaintiffs, James L. Williams and Hector Hernandez ("Plaintiffs"), by counsel, respectfully submit this Opposition to Defendant's Motion to Seal (Dkt. 68-1).

**I.    Response**

   **A.    Defendant's "Clarification" Regarding the Size of Its Database.**

Defendant CoreLogic Rental Property Solutions, LLC's Motion to Seal (Dkt. 68-1) improperly raises arguments that should have been addressed in its Opposition to Plaintiffs' Motion to Compel (Dkt. 54). In this motion, Defendant for the first time "clarifies" that a previous interrogatory answer regarding the size of its database "was missing a single digit due to a typographical error, such that the size of the Multistate database is actually ten times what was indicated in Exhibit 2." (Def.'s Mem. at 3). Defendant further improperly supplements its prior briefing and claims that this new information "underscores the tremendous amount of data implicated by Plaintiffs' unjustified demands for production of the databases here." *Id*. Defendant's attempt to backdoor this argument in its Motion to Seal should be stricken.

1

To justify its backdoor argument, Defendant blames Plaintiff for failing to seek clarification regarding the file size prior to filing their reply brief. (Def.'s Mem. at 4, n. 1). But there was nothing to clarify—Defendant provided a sworn interrogatory under oath regarding the size of its database in the *Jude* case and expressly instructed Plaintiffs to use this information in the instant case. (Aug. 2, 2016 e-mail from John Albanese to Ronald Raether, attached as Ex. 1). More importantly, it is abundantly clear from the declaration of Plaintiffs' expert, Jonathan Jaffe, that he relied on Defendant's interrogatory response in formulating his opinion. (Jaffe Decl. at ¶ 40, at Dkt. 47-7) (filed under seal) (quoting the file size provided in *Jude* and citing the interrogatory response). Thus, Defendant should have clarified the typographical error when it filed its response to the Motion to Compel; not vice versa.

To the extent the Court considers this new information, Plaintiffs want to make clear that the typographical error is a red herring. Rather than providing the database on 1 hard drive, it would take 2-3 hard drives and several more hours. Plaintiffs further note a trend of Defendant providing discovery responses and then claiming those responses are grossly incorrect. (Def.'s Opp. at 33) ("RPS produced a balance sheet of its net worth in the matter of Brian Taylor v. Corelogic SafeRent, LLC (E.D. Va. 2015). Since that time, RPS learned that the number disclosed was too high, which is a product of complications that arise when determining net worth in the context of a non-public subsidiary."). Defendant's inability to accurately respond to *basic* discovery further underscores Plaintiffs' need for the databases in this case.

> **B.**     **The Court Should Not Seal the Information Related to the File Sizes and Number of Records.**

Plaintiffs oppose in part the Defendant's Motion to Seal, which seeks to seal information regarding "the structure of the databases sought by Plaintiffs in this case, as well as the file sizes of the databases and the number of discrete records in the database." (Def.'s Mem. at 4). While

Plaintiff does not oppose the request to seal the information regarding the structure of the databases, Defendant's motion should be denied in part because the file size and number of records could not cause any harm or competitive loss if the documents were not sealed, and the information is already publicly available. For example, Defendant advertises that its database "spans more than 70% of the nation's population centers through a network of interfaces with law enforcement agencies across the country. It is updated every 15 minutes and includes more than 80 million booking/incarceration records from approximately 2,000 facilities of incarceration."[1] Given this publicly available information, it is unnecessary to seal the information regarding the size of the database and the number of discrete records.

                                                Respectfully submitted,
                                                **JAMES L. WILLIAMS and HECTOR HERNANDEZ**

                                                By: _/s/ *Kristi C. Kelly*_____
                                                       Counsel

Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com

E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)*
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
emdrake@bm.net
jalbanese@bm.net

*admitted *pro hac vice*

---

[1] http://www.corelogic.com/products/criminal-screening.aspx#home-ProductDetails (last visited on September 21, 2016).

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 21st day of September, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

S. Mohsin Reza (Bar No. 19015)  
TROUTMAN SANDERS LLP  
1850 Towers Crescent Plaza, Suite 500  
Tysons Corner, Virginia 22182  
Telephone: (703) 734-4334  
Facsimile: (703) 734-4340  
mohsin.reza@troutmansanders.com

*Counsel for Corelogic SafeRent, LLC*

Ronald I. Raether, Jr.  
TROUTMAN SANDERS LLP  
5 Park Plaza Ste 1400  
Irvine, CA 92614  
Telephone: (949) 622-2722  
Facsimile: (949) 622-2739  
ronald.raether@troutmansanders.com

Timothy J. St. George  
TROUTMAN SANDERS LLP  
1001 Haxall Point  
Richmond, VA 23219  
Telephone: (804) 697-1254  
Facsimile: (804) 698-601 3  
tim.stgeorge@troutmansanders.com

  /s/ *Kristi C. Kelly*  
Kristi Cahoon Kelly, Esq. (No. 07244)  
KELLY & CRANDALL, PLC  
4084 University Drive, Suite 202A  
Fairfax, Virginia 22030  
(703) 424-7576 Telephone  
(703) 591-0167 - Facsimile  
E-mail:  kkelly@kellyandcrandall.com  
*Counsel for Plaintiff*