

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

October 6, 2016

Re:  16-cv-00058, *Williams v. CoreLogic Renal Property Solutions*

### LETTER ORDER

Dear Parties:

This letter memorializes the matters discussed during today's status conference in anticipation of the October 18, 2016 hearing on Plaintiff's Motion to Compel. For the reasons discussed, the Court ORDERS:

1. By close of business (5:00 p.m.) Friday, October 7, 2016, Defendants shall produce a complete and accurate privilege log to Plaintiffs and this Court that provides descriptions of the withheld documents sufficient for Plaintiffs to determine whether it seeks production.

2. By close of business (5:00 p.m.), Monday, October 10, 2016, Defendants shall hand deliver to chambers the above-described privilege log in electronic format with the underlying documents provided electronically in hyperlink format for the Court's *in camera* review.

3. By close of business today (5:00 p.m.), Thursday, October 6, 2016, Plaintiffs shall provide in electronic format a complete transcript of the April 22, 2016 hearing held in *Taylor v. Corelogic*, 15-vv-1405 which shall supplement Exhibit 9 to Plaintiffs' Motion to Compel. ECF No. 47-10.

4. At the October 18, 2016 hearing, Defendants shall ensure that a proper representative(s) from the corporation be available for questioning under oath if necessary, and whose testimony will bind the corporation.

5. At the October 18, 2016 hearing, Plaintiffs shall make available in person or by phone, their forensic computer expert, Jonathan Jaffe for testimony, if necessary.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**

Despite the informal nature of this correspondence, it constitutes an Order of the Court.

    Sincerely,

    _____/S/_____
    PAULA XINIS
    United States District Judge