IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES L. WILLIAMS, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. PX 16-58 |
| | * | |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC, | * | |
| Defendant. | * | |

******

# ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 26th day of October, 2016, by the United States District Court for the District of Maryland, ORDERED that:

1. As to the documents Defendant withheld as privileged, the Motion to Compel filed by Plaintiffs JAMES L. WILLIAMS and HECTOR HERNANDEZ (ECF No. 47) is GRANTED IN PART and DENIED IN PART. Defendant CORELOGIC SAFERENT, LLC is ORDERED to produce all of the documents identified on its privilege log and provided for the Court's *in camera* review, EXCEPT the following documents and their attachments, identified by the date and time that the communication was sent:

    (1) June 27, 2012, 22:09; (2) July 3, 2012, 14:25; (3) April 16, 2013, 1:20; (4) April 17, 2013, 19:32; (5) June 10, 2014, 13:57; (6) June 11, 2014, 19:45 (produce entire document except email sent by Rebecca Kuehn on June 11, 2014 at 11:52); (7) December 10, 2014, 16:22; (8) March 19, 2015, 22:06 (produce all content in document except emails to and from Rebecca Kuehn); (9) November 12, 2015, 18:17; (10) November 23, 2015, 14:55; (11) December 9, 2015, 15:07; (12) January 29, 2016, 0:41; (13) February 29, 2016, 22:27; (14) March 21, 2016, 18:18.

2. As to Plaintiffs contention interrogatory regarding class certification, the Motion to Compel filed by Plaintiffs JAMES L. WILLIAMS and HECTOR HERNANDEZ (ECF No. 47)

is DENIED as moot. The parties agreed to revisit this issue after Defendant produces its unprivileged documents.

3.     As to all other discovery disputes listed in Plaintiffs' Motion to Compel, the Motion to Compel filed by Plaintiffs JAMES L. WILLIAMS and HECTOR HERNANDEZ (ECF No. 47) is DENIED as moot. These remaining discovery issues were resolved by the parties by a Consent Order dated October 18, 2016. ECF No. 78.

                                              /S/
                                            PAULA XINIS
                                            United States District Judge