**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **JAMES L. WILLIAMS,** *et al.* )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CORELOGIC RENTAL PROPERTY** )<br>**SOLUTIONS, LLC** )<br>    **Defendant.** ) | Civil Action 8:16-cv-00058-PX |

**CONSENT MOTION TO MODIFY
SCHEDULING ORDER AND DISCOVERY ORDER**

Plaintiffs, James L. Williams and Hector Hernandez ("Plaintiffs"), and Defendant, CoreLogic Rental Property Solutions, LLC ("RPS"), through their counsel, respectfully request that this Court modify its August 4, 2016 Scheduling Order (Dkt. No. 44). Plaintiffs and Defendant are currently negotiating the production of Defendant's database information as set forth in the consent order (Dkt No. 78), and Defendant is in the process of producing the documents that the Court ordered produced in its October 26, 2016 order. (Dkt. No. 80.) The Parties have been diligently taking and exchanging discovery but are in agreement that additional time is needed to conduct discovery, including expert analysis regarding Defendant's databases. The Parties request that the Court modify current schedule as follows:

| | Prior Deadline | Requested Deadline |
|---|---|---|
| Plaintiffs' and Defendant's Rule 26(a)(2) expert disclosures | November 8, 2016 | January 20, 2017 |
| Plaintiffs' and Defendant's Rule 26(a)(2) expert rebuttal disclosures | December 6, 2016 | February 16, 2017 |
| Rule 26(e)(2) supplementation of disclosures and responses | December 13, 2016 | February 23, 2017 |

| Discovery deadline; submission of status report | December 21, 2017 | March 1, 2017 |
|---|---|---|
| Requests for Admission | January 11, 2017 | March 14, 2017 |
| Dispositive pretrial motions deadline | January 31, 2017 | April 19, 2017 |
| Motion for class certification deadline | January 31, 2017 | April 19, 2017 |

Upon submission of the request for a pre-motion conference with respect to a motion for class certification and/or motion for summary judgment, the parties request that the Court hold a status conference to establish a briefing schedule for the resolution of the motion(s).

Unless modified herein, the provisions contained in the initial April 6, 2016 Order and August 4, 2016 Order shall remain in effect.

WHEREFORE, for the above-stated reasons, counsel for all parties respectfully request that the current Scheduling Order issued by the Court be modified as set forth above.

**JAMES L. WILLIAMS and**
**HECTOR HENANDEZ**


/s/ *Kristi Cahoon Kelly*
Kristi Cahoon Kelly, Esq.
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: kkelly@kellyandccrandall.com

E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)*
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
emdrake@bm.net
jalbanese@bm.net

*admitted *pro hac vice*

**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC**


By:/s/ *S. Mohsin Reza*
S. Mohsin Reza (Bar No. 19015)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22 182
Telephone:(703)734-4334
Facsimile:  (703) 734-4340
mohsin.reza@troutmansanders.com

Ronald I. Raether, Jr.*
TROUTMAN SANDERS LLP
5 Park Plaza Ste 1400
Irvine, CA 92614
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
ronald.raether@troutmansanders.com

Timothy J. St. George*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile:  (804) 698-6013
tim.stgeorge@troutmansanders.com

*admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.


/s/ *Kristi Cahoon Kelly*
Kristi Cahoon Kelly, Esq.
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: kkelly@kellyandccrandall.com
*Counsel for Plaintiff*