

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

November 16, 2016

Re:  16-cv-00058, *Williams v. Corelogic*

### LETTER ORDER

Dear Parties:

    This letter memorializes the matters discussed during today's status conference regarding Defendant's request to redact certain documents that this Court ordered produced in an October 26, 2016 Memorandum Opinion and Order at ECF Nos. 79 & 80. By the Defendant's own admission, the redaction issue involves roughly one-third of the documents that this Court ordered produced to Plaintiff almost three weeks ago. Yet, to date, not a **single document** has been disclosed.  The Defendant offers no satisfactory explanation for why it continues to withhold these documents despite this Court's directive to disclose the same.  Accordingly, the Court ORDERS:

    1. By 9:00 a.m. tomorrow, November 17, 2016, the Defendant must produce to Plaintiff the documents for which Defendant raises no redaction issue.  Failure to so produce will constitute violation of two separate Court Orders and Defendant will risk formal sanction by this Court.

    2. By 5:00 p.m. Friday, November 18, 2016, Defendant must produce to Chambers a disc containing, in electronic format, the documents to which Defendant claims redaction is necessary.  The documents are to be produced in both redacted and unredacted form, with a descriptive list of the documents with hyperlinks for the Court to perform an *in camera* review.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**

3. By 5:00 p.m. Friday, November 18, 2016, Defendant must also submit in letter format, not to exceed two pages, any legal justification for why the Court's protective Order at ECF No. 33 does not provide adequate protection from disclosure warranting further redaction of the particular documents in question.  Should Plaintiff wish to respond, a written letter not to exceed two pages is due by 5:00 p.m. Monday, November 21, 2016.

Despite the informal nature of this correspondence, it constitutes an Order of the Court.

Sincerely,

/S/
PAULA XINIS
United States District Judge