**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| **JAMES L. WILLIAMS,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Action 8:16-cv-00058-PX |
| | ) | |
| **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

**CONSENT MOTION TO MODIFY
SCHEDULING ORDER AND DISCOVERY ORDER**

Plaintiffs James L. Williams and Hector Hernandez ("Plaintiffs"), through their counsel, respectfully request that this Court modify the January 19, 2017 Amended Scheduling Order (ECF No. 91).

Since the schedule was last amended, Defendant has made the production of its database information, as set forth in the Consent Order (ECF No. 78). Plaintiffs also are in receipt of additional technical documents, which were produced arising out of cooperative meet and confer discussions between the parties. Plaintiffs have also further received the documents that were discussed during the January 25, 2017 conference call with the Court. The parties also are in the process of determining a mutually-acceptable methodology by which Plaintiffs can request file disclosures, as set forth in ECF No. 78.

Accordingly, Plaintiffs request that the schedule be further modified so that the there is additional time to engage in expert analysis of the database information. Plaintiffs request that the scheduling order be extended for 60 days as set forth below. Plaintiffs do not request an

extension of **non-expert** discovery as noted below.  Defendant has consented to this proposed schedule.

Plaintiffs request that the Court modify the schedule as follows:

|  | Prior Deadline | Requested Deadline |
|---|---|---|
| Plaintiffs' and Defendant's Rule 26(a)(2) expert disclosures | March 7, 2017 | May 9, 2017 |
| Plaintiffs' and Defendant's Rule 26(a)(2) expert rebuttal disclosures | April 20, 2017 | June 20, 2017 |
| Rule 26(e)(2) supplementation of disclosures and responses | April 27, 2017 | June 28, 2017 |
| Discovery deadline; submission of status report | May 3, 2017 | No date change, limit to **non-expert** discovery deadline |
| Expert discovery deadline; | May 3, 2017 | July 27, 2017 |
| Requests for Admission | May 18, 2017 | July 18, 2017 |
| Dispositive pretrial motions deadline | June 7, 2017 | August 8, 2017 |
| Motion for class certification deadline | June 7, 2017 | August 8, 2017 |

Upon submission of the request for a pre-motion conference with respect to a motion for class certification and/or motion for summary judgment, the parties request that the Court hold a status conference to establish a briefing schedule for the resolution of the motion(s).

Unless modified herein, the provisions contained in the initial April 6, 2016 Order, August 4, 2016 Order, and November 10, 2016 shall remain in effect.

WHEREFORE, for the above-stated reasons, counsel for all parties respectfully request that the current Scheduling Order issued by the Court be modified as set forth above.

**WE ASK FOR THIS:**

**JAMES L. WILLIAMS and
HECTOR HENANDEZ**


/s/ *Kristi Cahoon Kelly*
Kristi Cahoon Kelly, Esq. (No. 07244)
Andrew J. Guzzo*
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: kkelly@kellyandccrandall.com
Email: aguzzo@kellyandcrandall.com

E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)*
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
emdrake@bm.net
jalbanese@bm.net

*admitted *pro hac vice*

**SEEN AND AGREED:**

**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC**

By:/s/ *S. Mohsin Reza*
S. Mohsin Reza (Bar No. 19015)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22 182
Telephone:(703)734-4334
Facsimile:  (703) 734-4340
mohsin.reza@troutmansanders.com

Ronald I. Raether, Jr.*
TROUTMAN SANDERS LLP
5 Park Plaza Ste 1400
Irvine, CA 92614
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
ronald.raether@troutmansanders.com

Timothy J. St. George*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile:  (804) 698-6013
tim.stgeorge@troutmansanders.com

*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

S. Mohsin Reza (Bar No. 19015)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22 182
Telephone:(703)734-4334
Facsimile:  (703) 734-4340
mohsin.reza@troutmansanders.com

Ronald I. Raether, Jr.*
TROUTMAN SANDERS LLP
5 Park Plaza Ste 1400
Irvine, CA 92614
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
ronald.raether@troutmansanders.com

Timothy J. St. George*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile:  (804) 698-6013
tim.stgeorge@troutmansanders.com

/s/ *Kristi Cahoon Kelly*
Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: kkelly@kellyandccrandall.com
*Counsel for Plaintiffs*