**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| JAMES L. WILLIAMS, *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action 8:16-cv-00058-PWG |
| ) | |
| CORELOGIC RENTAL PROPERTY ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STATUS REPORT

Plaintiffs and Defendant, through their respective attorneys of record, and pursuant to the April 24, 2017 Order of the Court (Dkt. No. 99), provide the following status report regarding the outcome of their mediation.

On June 15, 2017, the parties attended an all-day mediation session in Dallas, Texas with Rodney A. Max, an experienced mediator who has previously assisted undersigned counsel in mediating putative FCRA class actions. The mediation was successful. The parties have agreed to resolve all of their claims, including the proposed settlement on a classwide basis of their claims under 15 U.S.C. § 1681g(a). The parties have started drafting a written settlement agreement and preparing the numerous materials for submission in connection with the motion for preliminary approval of the proposed class settlement under 15 U.S.C. § 1681g(a).

The parties jointly request that the matter remain stayed for an additional sixty (60) days, until August 23, 2017, at which time they will provide an additional status report to the Court if the motion for preliminary approval has not yet been filed.

**JAMES L. WILLIAMS and**
**HECTOR HENANDEZ**


/s/ Kristi Cahoon Kelly_____
Kristi Cahoon Kelly, Esq.
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: kkelly@kellyandccrandall.com

E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)*
Berger & Montague, PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
emdrake@bm.net
jalbanese@bm.net

**CORELOGIC RENTAL
PROPERTY SOLUTIONS, LLC**


By:/s/ S. Mohsin Reza
S. Mohsin Reza (Bar No. 19015)
mohsin.reza@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone:  (703) 734-4334
Facsimile:  (703) 734-4340

Ronald I. Raether, Jr.*
TROUTMAN SANDERS LLP
5 Park Plaza Ste 1400
Irvine, CA 92614
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
ronald.raether@troutmansanders.com

Timothy J. St. George (*pro hac vice*)
tim.stgeorge@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  (804) 697-1254
Facsimile:  (804) 698-1300

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2017, a true and correct copy of the foregoing was filed on the Court's Electronic Filing System, which will send a notice of electronic filing to:

S. Mohsin Reza
mohsin.reza@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone:  (703) 734-4334
Facsimile:  (703) 734-4340

Ronald I. Raether, Jr.
TROUTMAN SANDERS LLP
5 Park Plaza Ste 1400
Irvine, CA 92614
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
ronald.raether@troutmansanders.com

Timothy J. St. George
tim.stgeorge@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  (804) 697-1254
Facsimile:  (804) 698-1300

*Counsel for Defendant*

By:/s/_____
Kristi C. Kelly
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA  22030
Telephone:  (703) 424-7576
Facsimile:  (703) 591-0167
Email:  kkelly@kellyandcrandall.com