**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| JAMES L. WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:16-cv-00058-PX |
| | ) | |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Plaintiffs and Defendant, through their respective attorneys of record, and pursuant to the June 26, 2017 Order of the Court (ECF 101), provide the following status report regarding the settlement.

The parties have been diligently working on finalizing the settlement documents but request an extra week to prepare the appropriate documents.  The parties will file for preliminary approval no later than August 30, 2017 or will otherwise advise the Court regarding the status of the settlement by August 30, 2017.

Dated:  August 18, 2017

**JAMES L. WILLIAMS and**
**HECTOR HERNANDEZ**

*/s/ John G. Albanese*
John G. Albanese (MN Bar # 0395882)*
E. Michelle Drake (MN Bar # 0387366)*
BERGER & MONTAGUE, P.C.
43 S.E. Main Street, Suite 505
Minneapolis, MN 55414
Tel:  (612) 594-5999
Fax: (612) 584-4470
jalbanese@bm.net
emdrake@bm.net

Kristi Cahoon Kelly
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202-A
Fairfax, VA 22030
Tel:  (703) 424-7576
Fax: (703) 591-0167
kkelly@kellyandcrandall.com

*admitted pro hac vice

**CORELOGIC RENTAL PROPOERTY**
**SOLUTIONS, LLC**

*/s/ S. Mohsin Reza*
S. Mohsin Reza (Bar # 19015)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA 22182
Tel:  (703) 734-4334
Fax: (703) 734-4340
mohsin.reza@troutmansanders.com

Ronald I. Raether, Jr.*
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Tel:  (949) 622-2722
Fax: (949) 622-2739
ronald.raether@troutmansanders.com

Timothy J. St. George*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tel:  (804) 697-1254
Fax: (804) 698-6013
tim.stgeorge@troutmansanders.com

*admitted pro hac vice

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 18th day of August, 2017, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record.


*/s/ John G. Albanese*
John G. Albanese