**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| **JAMES L. WILLIAMS,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action 8:16-cv-00058** |
| | ) | |
| **CORELOGIC RENTAL PROPERTY** | ) | |
| **SOLUTIONS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF COMPLIANCE

Defendant, CoreLogic Rental Property Solutions, LLC ("RPS"), by counsel, respectfully submits this Notice of Compliance.

Please take notice that, in accordance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b) ("CAFA"), and the terms of the Settlement Agreement, the requisite CAFA Notices were served on September 7, 2017 to all required federal and state officials.

Dated: September 8, 2017

**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC**

Respectfully submitted,


By:/s/
S. Mohsin Reza (Bar No. 19015)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22 182
Telephone:(703)734-4334
Facsimile:  (703) 734-4340
mohsin.reza@troutmansanders.com

Ronald I. Raether, Jr.*
TROUTMAN SANDERS LLP
5 Park Plaza Ste 1400
Irvine, CA 92614
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
ronald.raether@troutmansanders.com

Timothy J. St. George*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile:  (804) 698-6013
tim.stgeorge@troutmansanders.com
*admitted pro hac vice

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

On September 8, 2017, a true and correct copy of the foregoing was served via the

Court's Electronic Case Filing system, which will send a notice of electronic filing to:

Kristi C. Kelly
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA  22030
Telephone:  (703) 424-7576
Facsimile:  (703) 591-0167
Email:  kkelly@kellyandcrandall.com

E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)*
Berger & Montague, PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
emdrake@bm.net
jalbanese@bm.net

*admitted *pro hac vice*

*Counsel for Plaintiffs*

By:/s/_____
Timothy J. St. George*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile:  (804) 698-6013
tim.stgeorge@troutmansanders.com
*admitted pro hac vice

*Counsel for Defendant*

32539929