

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF  
Paula Xinis  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD 20770  
(301) 344-0653

September 26, 2017

Re:  16-cv-0058, *Williams v CoreLogic Rental Property Solutions, LLC*

### **LETTER ORDER**

Dear Parties:

Please be advised that the Court has scheduled a recorded conference call for **October 5, 2017 at 11:30 a.m.** Parties are directed to dial in on the designated date and time. The dial-in information is as follows:

Dial-In Number: (877) 402-9753  
Access Code: 6366523  
Participant Password: 10051130

The call will be recorded; therefore, please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that thee line is free for other calls that the Judge may have.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

_____/S/_____  
PAULA XINIS  
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600  
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov