**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| JAMES L. WILLIAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:16-cv-00058-PX |
| | ) | |
| CORELOGIC RENTAL PROPERTY | ) | |
| SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>DECLARATION OF KRISTI C. KELLY</u>

I, Kristi C. Kelly declare:

1.      My name is Kristi C. Kelly. I am over 21 years of age, of sound mind, capable of executing this declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2.      I am one of the attorneys working on behalf of the Plaintiffs in the above styled litigation, and I am a founder and a partner of Kelly & Crandall, PLC, a law firm located at 3925 Chain Bridge Road, Suite 202, Fairfax, VA 22030. Prior to January 15, 2014, I was an attorney and equity partner at Surovell Isaacs Petersen & Levy, PLC, a nineteen-attorney law firm with offices in Fairfax, Virginia. My primary office was 4010 University Drive, Suite 200, Fairfax, Virginia 22030. I also worked for Legal Services of Northern Virginia focusing exclusively on housing and consumer law for approximately three years prior to my work at Surovell Isaacs Petersen & Levy, PLC.

3.      Since 2006, I have been and presently am a member in good standing of the Bar of the highest court of the State of Virginia, where I regularly practice law. Since 2007, I have been and presently am a member in good standing of the Bar of the highest courts of the District of

Columbia and since 2014 of Maryland. I am also admitted in the United States District Courts for the District of Columbia and Maryland.

4.     Since 2007, my practice has been devoted to consumer protection litigation. Initially my experience focused on mortgage related litigation such as prosecuting mortgage servicing abuses and wrongful foreclosures through various state and federal causes of action. In this capacity, I have taught multiple Continuing Legal Education programs and trained attorneys, paralegals and housing counselors as part of Legal Services of Northern Virginia's Foreclosure Legal Assistance Program. I have litigated numerous mortgage related litigation matters in state and federal courts and have helped to craft legislation and testified before Virginia's General Assembly regarding various mortgage related and foreclosure reform bills.

5.     Over the past seven years my experience representing consumers has developed an area of expertise in plaintiff's litigation under the Federal Consumer Credit Protection Act, 15 U.S.C. § 1601, *et seq.*, and in particular the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et seq.*, and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq,* particularly with each statutes overlap in the mortgage servicing and foreclosure and loss mitigation processes.

6.     I also have experience in complex litigation, including class action cases, prosecuted under the Consumer Credit Protection Statutes, including the Fair Credit Reporting Act, the Equal Credit Opportunity Act, and the Fair Debt Collection Practices Act.

7.     I have taught numerous Continuing Legal Education (CLE) programs for other attorneys throughout Virginia (for Virginia CLE, the Fairfax Bar, Alexandria Bar and various legal aid organizations) and nationally in the areas of consumer law, including mortgage servicing abuses, landlord tenant defense, dealing with debt collectors, understanding credit reports and the

Fair Credit Reporting Act, defenses to foreclosure, leveraging settlements in mortgage cases and internet lending. I have also taught and trained lawyers on the intersection of credit reporting claims with mortgage related litigation and specialty consumer reporting agencies for the National Consumer Law Center at its various conferences.

8.     My peers have recognized me as a Super Lawyer Rising Star consistently for the past six years. Additionally, I was selected to be a member of the Virginia Lawyers Weekly "Leader in the Law," class of 2014. I was also selected by my peers as Virginia's Legal Elite in civil litigation. I serve on the Board of Directors of the Virginia Poverty Law Center and am on the Advisory Committee for the Legal Aid Justice Center. I am also the State Chair for Virginia of the National Association of Consumer Advocates and am a member of the Partners' Counsel for the National Consumer Law Center.

9.     In each of the class cases where I have represented plaintiffs in a consumer protection case, including cases similar to the instant case, the Court found me to be adequate class counsel and has approved my requests for fees and costs, and my hourly rate. *See Tsvetovat, v. Segan, Mason, & Mason, PC,* Civ. Action No. 1:12-cv-510 (TSE) (E.D. Va.); *Conley v. First Tennessee Bank,* Case No. 1:10-cv-1247 (TSE) (E.D. Va.); *Dreher v. Experian Information Solutions, Inc.,* Case No. 3:11-cv-624 (JAG) (E.D. Va.); *Shami v. Middle East Broadcast Network,* No. 1:13-cv-467 (CMH) (E.D. Va.); *Goodrow v. Friedman & MacFadyen,* No. 3:11CV20 (E.D.Va. June 4, 2014); *Kelly v. Nationstar,* 3:13-cv-311 (JAG) (E.D.Va.); *Thomas v. Wittstadt,* Case No. 3:12-cv-450 (JRS); *Fariasantos v. Rosenberg & Associates, LLC,* No. 3:13CV543 (REP); *Morgan v. McCabe Weisberg & Conway, LLC,* Case No. 3:14-cv-695 (REP); *Burke v. Shapiro, Brown & Alt, LLP,* Case No. 3:14-cv-838 (DJN); *Blocker v. Marshalls of MA, Inc.,* Case No. 1:14-cv-1940; *Ceccone v. Equifax Info. Servs., LLC,* Case No. 13-1314 (KBJ/AK); *Jenkins v.*

*Equifax Info. Servs., LLC*, Case No. 15-443 (MHL); *Ridenour v. Multi-Color Corporation,* Case No. 2:15-cv-00041 (MSD/DEM) (E.D. Va.); *Hayes, et al. v. Delbert Services Corp.,* Case No. 3:14-cv-258 (E.D. Va.); and *Campos-Carranza, et al. v. Credit Plus, Inc.,* Case No. 1:16-cv-120 (LMB).

10.    At Kelly & Crandall, PLC, we use MyCase billing software to contemporaneously record our time expended and costs advanced in client matters. Each month we forward our clients invoices detailing our time and expenses expended for the preceding calendar month.

11.    My current hourly rate is $450.00 per hour. This is the rate I charge most clients for representation in litigation matters and it is included in my retainer agreements that I transact with my clients. The majority of my work is contingent or brought under a fee-shifting statute so I will generally not charge my client a fee, but if I do engage in hourly work, my standard rate would be $450.00 per hour. Because of my experience, my rate of $450.00 per hour has always been approved in the District where I have practiced, most recently in the *Campos-Carranza* matter listed above.

12.    Andrew Guzzo was an associate at Surovell Isaacs Petersen & Levy, PLC and currently is an associate at Kelly & Crandall, PLC. I supervise and work with closely with Andrew. His rate increased in April 2017 to $375.00 per hour. He was previously billing his time at $350.00 per hour.  He graduated from law school at Washington & Lee University in 2011.  The entire time he has been practicing law, he has practiced exclusively in the field of consumer protection litigation.

13.    Casey Nash is another associate at my firm. Prior to her employment at Kelly & Crandall, PLC, she worked as a consumer-protection attorney at Consumer Litigation Associates for approximately five years. I supervise and work with closely with Casey.  Our firm is currently

billing her time at $375.00 per hour. She graduated from law school at the Catholic University of America in 2012. She has also practiced exclusively in the field of consumer-protection litigation for the entire time that she has practiced law.

14.     Julie Fitzgerald is a paralegal at Kelly & Crandall, PLC, with over twenty-eight years of paralegal experience. She received her Paralegal Certificate from Georgetown University in 1989. She previously billed her time at $195.00 per hour, but her rate was increased in April 2017. Our firm is currently billing her time at $225.00 per hour.

15.     Natalie Cahoon is a paralegal at Kelly & Crandall, PLC, with over one year of experience in the legal field.  She graduated from the University of Maine. She previously billed her time at $195.00 per hour, but her rate was increased in April 2017.  Our firm is currently billing her time at $150.00 per hour.

16.     Generally, if a task does not take more than .1 (or six minutes), attorneys and paralegals at Kelly & Crandall, PLC will not bill for that task. This includes reviewing PACER ECFs, fielding brief telephone calls, responding to quick emails, etc.

17.     On December 12, 2017, I pulled all time entries related to the this case from MyCase billing software.  The amount of time expended by each individual listed in Exhibit A on the discovery dispute in this matter were taken from my law firm's billing software and are itemized hereto as Exhibit A.

18.     The total amount of our attorneys' fees is $137,659.00, none of which have been collected or otherwise paid. Based on my past experience, Class Counsel will collectively spend a significant additional amount of time after final approval in administering the settlement, responding to class member inquiries, and assisting the settlement administrator with disbursement issues.

19.     My law firm as also advanced $16,724.03 for our portion of the litigation costs. These costs include filing fees, deposition costs, expert witness fees, postage, and travel expenses. They can also be viewed on our billing statements, attached at Exhibit A.

20.     Our firm worked to keep costs low in this case. In addition, when we selected a settlement administrator to handle the notice and claims process in this matter, we sought competitive bids from two reputable settlement administrators in this matter and selected the cheaper of the two options, American Legal Claims Services, LLC.

21.     I am familiar with the fees charged for attorneys with my experience and expertise and believe the rates of my law firm are consistent with the prevailing market rates in Maryland and for national class action work.

22.     Kelly & Crandall, PLC was instrumental in many aspects of the case from its inception through settlement. Tasks completed by Class Counsel in this case includes (1) personally interviewing and consulting with the Named Plaintiffs prior to filing the Complaint and the Amended Complaint, (2) engaging in extensive investigation of the claims before deciding to file this case; (3) drafting and amending the Complaint; (4) retaining and conferring with co-counsel; (5) drafting and serving discovery requests; (6) reviewing documents produced by Defendant; (7) conducting numerous depositions of Defendant's current and former employees; (8) preparing for the Named Plaintiffs' depositions and defending those depositions; (9) performing damage calculations; (10) conferring informally with Defendant regarding pre-mediation discovery; (11) preparing for and traveling to Dallas, Texas to attend a day-long mediation; (12) negotiating a comprehensive class-action Settlement; (13) drafting and filing a motion for preliminary approval of the Settlement and presented the Settlement to the Court at a hearing for preliminary approval; (14) overseeing the administration and distribution of settlement

notice to the Settlement Classes; (15) fielding inquiries from Settlement Class members; and (16) drafting and filing the instant motion for attorneys' fees, costs, and class representative incentive awards.

23.     In addition, there is still significant work to be done in the case, including responding to any class member objections, drafting and submitting the final approval papers, preparing for and attending the final fairness hearing, continuing to respond to class member inquiries, and overseeing class member disbursements. None of this time has been added into our fee request.

24.     The time spent on this matter kept our firm from taking on other work. We accepted this case on a contingent fee basis, bearing all the risk that Plaintiffs would lose a vital motion or issue.

25.     Both of the Named Plaintiffs in this case were committed to litigating this case as a class action and securing relief for all of the class members affected by Defendant's conduct.

26.     Throughout the course of this litigation, both of the Named Plaintiffs regularly communicated with counsel to stay updated on the case's status, reviewed the copies of pleadings that we sent to them, provided documents and discovery responses, and each prepared for and sat for a deposition.

27.     The Plaintiffs were also committed to negotiating this Settlement as a class action. They were available for consultation for the day-long mediation session and also reviewed and approved the Settlement Agreement in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Signed this 12th day of December, 2017.

Kristi C. Kelly

Kelly and Crandall PLC
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

# Kelly and Crandall PLC

### Invoice

James Williams

███████████

| Invoice # | █████ |
|---|---|
| Invoice Date | July 07, 2015 |
| Due Date | |
| Balance Due | $0.00 |
| Payment Terms | |
| Case / Matter | Williams/ James |

## For services rendered between June 01, 2015 and June 30, 2015

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 06/10/2015 | AG | Review of file | to prepare draft compliant | 350.00 | 1.4 | 490.00 |
| | | | Totals: | | **1.4** | **$0.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

Exhibit A

Kelly and Crandall PLC
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

# Kelly and Crandall PLC

**Invoice**

James Williams
█████████████

| | |
|---|---|
| Invoice # | ████ |
| Invoice Date | July 01, 2015 |
| Due Date | July 31, 2015 |
| Balance Due | $0.00 |
| Payment Terms | |
| Case / Matter | Williams/ James |

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 07/23/2015 | KK | Conference | Conference with ████████████ ████████████ ████; Review claims. | 450.00 | 1.0 | 450.00 |
| | | | Totals: | | **1.0** | **$0.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

Kelly and Crandall PLC
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

# Kelly and Crandall PLC

## Invoice

James Williams
████████████████
████████████████

| | |
|---|---|
| Invoice # | ████ |
| Invoice Date | January 02, 2016 |
| Due Date | |
| Balance Due | $0.00 |
| Payment Terms | |
| Case / Matter | Williams/ James |

### For services rendered between December 01, 2015 and December 31, 2015

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 12/29/2015 | AG | Draft | complaint. | 350.00 | 3.3 | 1155.00 |
| 12/30/2015 | KK | Review | Review and edit complaint. | 450.00 | 0.8 | 360.00 |
| | | | | Totals: | **4.1** | **$0.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

Kelly and Crandall PLC
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

# Kelly and Crandall PLC

## Invoice

James Williams
███████████████

| Invoice # | ███████ |
|---|---|
| Invoice Date | February 03, 2016 |
| Due Date | |
| Balance Due | $400.00 |
| Payment Terms | |
| Case / Matter | Williams/ James |

## For services rendered between January 01, 2016 and January 31, 2016

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 01/06/2016 | AG | Finalize | complaint and review of local rules to ensure compliance with filing requirements. | 350.00 | 1.6 | 560.00 |
| 01/07/2016 | AG | Edit | and finalize complaint, ███████████ | 350.00 | 2.4 | 840.00 |
| | | | | Totals: | **4.0** | **$0.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 01/07/2016 | KK | Filing Fee for Complaint | | 400.00 | 1.0 | 400.00 |
| | | | | | Expense Total: | **$400.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| Expense Sub-Total: | 400.00 |
| **Sub-Total:** | 400.00 |
| | |
| **Total:** | 400.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$400.00** |

Kelly and Crandall PLC
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

# Kelly and Crandall PLC

### Invoice

James Williams
████████████████

| Invoice # | ████ |
|---|---|
| Invoice Date | March 01, 2016 |
| Due Date | |
| Balance Due | $85.00 |
| Payment Terms | |
| Case / Matter | Williams/ James |

## For services rendered between February 01, 2016 and February 29, 2016

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 02/05/2016 | KK | Research | Research DOJ sex offender list; Conference with Ms. Drake. | 450.00 | 1.0 | 450.00 |
| | | | | Totals: | **1.0** | **$0.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 02/03/2016 | RD | Process Server | SameDay Process Invoice #63901 | 85.00 | 1.0 | 85.00 |
| | | | | | Expense Total: | **$85.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| Expense Sub-Total: | 85.00 |
| **Sub-Total:** | 85.00 |
| | |
| **Total:** | 85.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$85.00** |

Kelly and Crandall PLC
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

# Kelly and Crandall PLC

### Invoice

James Williams

███████████████████████

United States

| Invoice # | ████████ |
| --- | --- |
| Invoice Date | April 05, 2016 |
| Due Date | |
| Balance Due | $0.00 |
| Payment Terms | |
| Case / Matter | Williams/ James |

## For services rendered between March 01, 2016 and March 31, 2016

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
| --- | --- | --- | --- | ---: | ---: | ---: |
| **Non-billable Time Entries:** | | | | | | |
| 03/10/2016 | AG | Telephone call | with Ms. Drake and Mr. Albanese re: ████████████████████. | 350.00 | 0.6 | 210.00 |
| 03/16/2016 | KK | Conference | Conference with co-counsel. | 450.00 | 0.5 | 225.00 |
| 03/18/2016 | KK | Conference | Conference with Mr. Williams r██████ ████; Research on amendment; Conference with Mr. Guzzo. | 450.00 | 2.1 | 945.00 |
| 03/22/2016 | KK | Draft | Draft damages disclosure; Conference with Mr. Williams; Correspondences with Mr. Williams; Correspondences with Ms. Drake and Mr. Albanese. | 450.00 | 2.7 | 1215.00 |
| 03/23/2016 | KK | Edit | Edit complaint; Correspondence with co-counsel; Conference with Mr. Guzzo; Review client documents; Review MD local rules. | 450.00 | 2.0 | 900.00 |
| 03/24/2016 | JF | Conference | Conference with Ms. Kelly; Prepare redlined vesion of complaint. | 195.00 | 0.6 | 117.00 |
| 03/24/2016 | KK | Edit | Edit and finalize amended complaint; Conference with Ms. Drake; Conference with Mr. Guzzo. | 450.00 | 1.7 | 765.00 |
| 03/28/2016 | AG | Telephone call | with Mr. Reza; review of discovery order. | 350.00 | 0.2 | 70.00 |
| 03/29/2016 | KK | Conference | Prepare for and attend conference with the Court; Conferences with Mr. Guzzo. | 450.00 | 1.0 | 450.00 |
| 03/31/2016 | AG | Conference | with Ms. Kelly re: ████████████████████. | 350.00 | 0.4 | 140.00 |
| 03/31/2016 | KK | Correspondence | Correspondences regarding ████████ ████████████; Conference with co-counsel regarding ████████. | 450.00 | 0.4 | 180.00 |

| | | | | Totals: | **12.2** | **$0.00** |
| --- | --- | --- | --- | --- | --- | --- |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| | |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

Kelly and Crandall PLC
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

# Kelly and Crandall PLC

## Invoice

| Invoice # | █████ |
| --- | --- |
| Invoice Date | May 02, 2016 |
| Due Date | |
| Balance Due | $0.00 |
| Payment Terms | |
| Case / Matter | Williams/ James |

James Williams

██████████████
██████████████

United States

### For services rendered between April 01, 2016 and April 30, 2016

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
| --- | --- | --- | --- | ---: | ---: | ---: |
| **Non-billable Time Entries:** | | | | | | |
| 04/01/2016 | KK | Attend | Attend ESI conference; Correspondences and conferences with opposing counsel regarding ████████████. | 450.00 | 1.0 | 450.00 |
| 04/01/2016 | AG | Draft | modifications to scheduling order. | 350.00 | 0.9 | 315.00 |
| 04/01/2016 | AG | Attend | e-discovery call with Mr. St. George and Ms. Kelly. | 350.00 | 0.5 | 175.00 |
| 04/06/2016 | AG | Edit | motion to modify scheduling order and finalize for filing. | 350.00 | 0.3 | 105.00 |
| 04/06/2016 | KK | Edit | Edit scheduling order; Correspondences with opposing counsel regarding the same. | 450.00 | 0.5 | 225.00 |
| 04/08/2016 | AG | Draft | requests for production and interrogatories. | 350.00 | 3.8 | 1330.00 |
| 04/09/2016 | KK | Edit | Edit discovery. | 450.00 | 0.8 | 360.00 |
| 04/11/2016 | AG | Draft | requests for admission. | 350.00 | 1.6 | 560.00 |
| 04/12/2016 | KK | Conference | Conferences with co-counsel regarding ████████; Edit discovery responses to serve. | 450.00 | 1.5 | 675.00 |
| 04/12/2016 | AG | Review | edits by Ms. Drake and Mr. Albanese; conference with Ms. Kelly ████; finalize discovery requests. | 350.00 | 1.4 | 490.00 |
| | | | Totals: | | **12.3** | **$0.00** |

| | |
| --- | ---: |
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

**Kelly and Crandall PLC**
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**

█████████████████████

United States

| | |
|---|---|
| **Balance** | $100.00 |
| **Invoice #** | ██████ |
| **Invoice Date** | June 03, 2016 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between May 01, 2016 and May 31, 2016

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 05/02/2016 | KK | Correspondence | Correspondences with Mr. Raether regarding ██████ . | 450.00 | 0.3 | 135.00 |
| 05/04/2016 | AG | Review | of answer. | 350.00 | 0.4 | 140.00 |
| 05/25/2016 | AG | Email correspondence | pro hac motions; file same. | 350.00 | 0.3 | 105.00 |
| 05/26/2016 | NC | Edit | Edit and format discovery documents for objections | 150.00 | 1.2 | 180.00 |
| | | | | Totals: | **2.2** | **$0.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 05/19/2016 | AG | Filing Fee | for pro hac vice motions | 50.00 | 2.0 | 100.00 |
| | | | | | Expense Total: | **$100.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| Expense Sub-Total: | 100.00 |
| **Sub-Total:** | 100.00 |
| **Total:** | 100.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$100.00** |

**Kelly and Crandall PLC**
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**
███████████████

United States

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | ████████ |
| **Invoice Date** | July 08, 2016 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between June 01, 2016 and June 30, 2016

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| **Non-billable Time Entries:** | | | | | | |
| 06/02/2016 | KK | Correspondence | Correspondences with co-counsel; Edit 30b6 notice; Correspondence to opposing counsel. | 450.00 | 0.6 | 270.00 |
| 06/02/2016 | AG | Edit | Rule 30(b)(6) deposition subpoena; email correspondence to opposing counsel | 350.00 | 0.4 | 140.00 |
| 06/02/2016 | AG | Review | of letter re: Spokeo. | 350.00 | 0.4 | 140.00 |
| 06/06/2016 | AG | Review | of email correspondence from Mr. St. George; email correspondence with Ms. Kelly. | 350.00 | 0.4 | 140.00 |
| 06/07/2016 | KK | Draft | Draft protective order; Draft amended damages disclosure; Correspondences and conference with Mr. Hernandez. | 450.00 | 2.0 | 900.00 |
| 06/08/2016 | KK | Correspondence | Correspondences with opposing counsel regarding discovery; Finalize amended damages disclosure. | 450.00 | 0.6 | 270.00 |
| 06/20/2016 | KK | Review | Review discovery responses and documents produced. | 450.00 | 1.5 | 675.00 |
| 06/22/2016 | KK | Attend | Prepare for and attend meet and confer. | 450.00 | 1.3 | 585.00 |
| 06/22/2016 | AG | Attend | meet and confer. | 350.00 | 0.7 | 245.00 |
| 06/29/2016 | NC | Edit | Edit Discovery Objections | 150.00 | 0.5 | 75.00 |
| | | | Totals: | | **8.4** | **$0.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| | |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

**Kelly and Crandall PLC**
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**

████████████████████

United States

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | ████████ |
| **Invoice Date** | August 16, 2016 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between July 01, 2016 and July 31, 2016

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 07/05/2016 | KK | Review | Review documents and recordings produced in discovery; Correspondences with co-counsel; Review discovery responses. | 450.00 | 2.2 | 990.00 |
| 07/06/2016 | KK | Conference | Conference with co-counsel regarding ████████ ████████████████; Draft deposition notices; Correspondence to opposing counsel. | 450.00 | 1.4 | 630.00 |
| 07/07/2016 | KK | Attend | Prepare for and attend call with the Court; Correspondences with co-counsel. | 450.00 | 2.0 | 900.00 |
| 07/08/2016 | KK | Correspondence | Correspondences with Mr. St. George. | 450.00 | 0.3 | 135.00 |
| 07/14/2016 | AG | Review | of motion discovery log and correspondence. | 350.00 | 0.4 | 140.00 |
| 07/15/2016 | JF | Review | Review discovery; Review documents; Begin preparation of answers to interrogatorise; Telephone conference with Mr. Williams; Telephone call to Mr. Hernandez; Prepare notes of documents and information needed for discovery responses. | 195.00 | 2.9 | 565.50 |
| 07/15/2016 | KK | Attend | Prepare for and attend meet and confer; Conference with co-counsel regarding the same. | 450.00 | 1.4 | 630.00 |
| 07/18/2016 | JF | Prepare | Prepare draft answers to interrogatories and response to request for documents. Prepare documents for Mr. Hernandez. Telephone conference with Mr. Hernandez. | 195.00 | 3.5 | 682.50 |

| Date | | | | | | |
|------|-----|-------------|-------------------------------------------------------------------------------------------------------------------------------------------|--------|-----|---------|
| 07/19/2016 | JF | Telephone call | Telephone conference with Mr. Williams; Telephone conference with Mr. Hernandez. Review documents on file. Prepare edits to discovery responses. Review additional discovery; Edit answers; Prepare spreadsheet on fees. | 195.00 | 3.1 | 604.50 |
| 07/20/2016 | JF | Review | Download and review responses and documents from clients; Finalize answers to interrogatories and document responses; Exchange emails. | 195.00 | 3.9 | 760.50 |
| 07/20/2016 | KK | Draft | Draft answers to admissions; Conferences with Mr. Guzzo ███████████████. | 450.00 | 1.0 | 450.00 |
| 07/21/2016 | JF | Finalize | Assimilate documents for response. Emails to clients ██████████████. | 195.00 | 1.1 | 214.50 |
| 07/21/2016 | KK | Edit | Edit discovery responses; Conference with Mr. Hernandez; Review documents to produce. | 450.00 | 2.5 | 1125.00 |
| 07/22/2016 | JF | Review | Review email from Mr. Williams; prepare edits; Email to Mr. Williams. | 195.00 | 0.6 | 117.00 |
| 07/22/2016 | KK | Edit | Edit and finalize discovery responses. | 450.00 | 1.8 | 810.00 |
| 07/22/2016 | JF | Finalize | Finalize discovery responses. | 195.00 | 3.1 | 604.50 |
| 07/25/2016 | JF | Finalize | Finalize document response; Prepare edits to answers to interrogatories. Edit and finalize discovery; Forward to counsel. | 195.00 | 2.4 | 468.00 |
| 07/25/2016 | KK | Edit | Edit discovery responses and finalize. | 450.00 | 0.6 | 270.00 |
| 07/28/2016 | AG | Finalize | discovery letter. | 350.00 | 0.8 | 280.00 |

Totals:  **35.0**  **$0.00**

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| | |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

**Kelly and Crandall PLC**
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**
███████████████████████
United States

| | |
|---|---|
| **Balance** | $648.95 |
| **Invoice #** | 03143 |
| **Invoice Date** | September 02, 2016 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between August 01, 2016 and August 31, 2016

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 08/02/2016 | KK | Conference | Prepare for and attend conference with the Court. | 450.00 | 1.8 | 810.00 |
| 08/02/2016 | AG | Prepare | ███████████████████████ | 350.00 | 0.8 | 280.00 |
| 08/02/2016 | AG | Attend | call with co-counsel re: discovery issues. | 350.00 | 0.5 | 175.00 |
| 08/02/2016 | AG | Attend | telephone conference with court. | 350.00 | 0.6 | 210.00 |
| 08/03/2016 | AG | Telephone call | with Mr. Jaffe re:████████████ | 350.00 | 0.8 | 280.00 |
| 08/05/2016 | JF | Email correspondence | Prepare emails to Mr. Williams and Mr. Hernandez regarding ██████ Exchange multiple emails regarding ██████. | 195.00 | 0.9 | 175.50 |
| 08/08/2016 | AG | Draft | MTC brief, including legal research on ██████. | 350.00 | 3.6 | 1260.00 |
| 08/08/2016 | AG | Legal research | on ███████████ Defendants and ██████████████████████. | 350.00 | 1.6 | 560.00 |
| 08/10/2016 | AG | Draft | MTC. | 350.00 | 8.6 | 3010.00 |
| 08/12/2016 | KK | Conference | Conferences and correspondences with co-counsel ██████████████; Edit brief. | 450.00 | 2.4 | 1080.00 |
| 08/12/2016 | AG | Draft | memorandum in support of motion to compel. | 350.00 | 7.6 | 2660.00 |
| 08/13/2016 | AG | Draft | MTC brief, including legal research on privilege issues. | 350.00 | 4.3 | 1505.00 |
| 08/14/2016 | AG | Draft | MTC brief. | 350.00 | 2.2 | 770.00 |

| 08/15/2016 | KK | Edit | Edit motion to compel; Conference with Mr. Guzzo regarding ▮▮▮▮; Conferences with Mr. Hernandez. | 450.00 | 2.5 | 1125.00 |
| 08/15/2016 | AG | Finalize | MTC brief. | 350.00 | 6.4 | 2240.00 |
| 08/17/2016 | JF | Review | Review deficiency letter from counsel for CoreLogic SafeRent; Review discovery responses and emails with Mr. Williams; Draft email to Mr. Williams. Review Mr. Hernandez' discovery in conjunction with letter; Email to Mr. Hernandez; Review document response. | 195.00 | 1.9 | 370.50 |
| 08/17/2016 | KK | Correspondence | Correspondences with opposing counsel regarding discovery. | 450.00 | 0.4 | 180.00 |
| 08/18/2016 | KK | Correspondence | Correspondences with co-counsel and opposing counsel regarding deposition scheduling; Draft amended deposition notices. | 450.00 | 0.8 | 360.00 |
| 08/22/2016 | JF | Review | Review emails from Mr. Williams and Mr. Hernandez. Finalize supplementation; | 195.00 | 3.1 | 604.50 |
| 08/23/2016 | JF | Review | Review and respond to Mr. Williams' emails regarding ▮▮▮▮▮▮. | 195.00 | 0.3 | 58.50 |
| 08/25/2016 | JF | Review | Review and respond to emails regarding meet and confer; Review documents. | 195.00 | 0.9 | 175.50 |
| 08/25/2016 | JF | Telephone call | Telephone conference with Mr. Williams and Mr. Hernandez; Edit supplemental response; Review and incorporate subpoena responses to documents and include improved quality of illegible documents. Conversations with Mr. Guzzo. | 195.00 | 3.3 | 643.50 |
| 08/25/2016 | KK | Edit | Edit discovery letter; review documents and supplemental pleading. | 450.00 | 0.9 | 405.00 |
| 08/25/2016 | AG | Review | of supplemental discovery responses; draft response to discovery letter. | 350.00 | 1.6 | 560.00 |
| 08/26/2016 | KK | Edit | Edit response to Mr. St. George; Review supplemental documents; Edit pleading; Correspondences with Mr. St. George. | 450.00 | 2.1 | 945.00 |
| | | | | Totals: | **59.9** | **$0.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 08/03/2016 | JK | Federal Express | | 22.21 | 1.0 | 22.21 |
| 08/11/2016 | JK | Transcript | Transcript for Motion to Compel Hearing in Taylor v. Corelogic Saferent | 600.00 | 1.0 | 600.00 |
| 08/30/2016 | JK | Federal Express | Courtesy Copies | 26.74 | 1.0 | 26.74 |
| | | | | | Expense Total: | **$648.95** |

| | |
|---|---:|
| Time Entry Sub-Total: | 0.00 |
| Expense Sub-Total: | 648.95 |
| **Sub-Total:** | 648.95 |
| | |
| **Total:** | 648.95 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$648.95** |

**Kelly and Crandall PLC**
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**
███████████████████
United States

| | |
|---|---|
| **Balance** | $22.21 |
| **Invoice #** | ███████ |
| **Invoice Date** | October 03, 2016 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between September 01, 2016 and September 30, 2016

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 09/06/2016 | AG | Edit | Reply Brief in support of MTC. | 350.00 | 2.8 | 980.00 |
| 09/07/2016 | KK | Edit | Edit reply brief; Correspondences and conference with Mr. Williams ████████████. | 450.00 | 1.8 | 810.00 |
| 09/07/2016 | AG | Edit | and finalize reply brief. | 350.00 | 2.7 | 945.00 |
| 09/07/2016 | AG | Draft | interim motion to seal and ██████████ ██████████. | 350.00 | 0.8 | 280.00 |
| 09/08/2016 | KK | Attend | Prepare for and attend deposition of James Williams; Conference with Mr. and Mrs. Williams. | 450.00 | 4.9 | 2205.00 |
| 09/08/2016 | AG | Draft | proposed order; email correspondence with co-counsel. | 350.00 | 0.4 | 140.00 |
| 09/09/2016 | JF | Conference | Conference with Ms. Kelly ████████████. | 195.00 | 0.2 | 39.00 |
| 09/09/2016 | KK | Attend | Prepare for and attend depositon of Mr. Hernandez; Review ████████████████████ ████████████████████. | 450.00 | 6.5 | 2925.00 |
| 09/16/2016 | KK | Correspondence | Correspondences with co-and opposing counsel regarding deposition scheduling. | 450.00 | 0.9 | 397.50 |
| 09/16/2016 | AG | Review | of motion to seal; email correspondence with co-counsel re: ████████████████ ████████████. | 350.00 | 0.6 | 210.00 |
| 09/20/2016 | AG | Draft | opposition to motion to seal. | 350.00 | 1.2 | 420.00 |
| 09/21/2016 | AG | Draft | opposition to motion to seal. | 350.00 | 1.3 | 455.00 |
| 09/22/2016 | JF | Prepare | Prepare subpoena for service of process and service on opposing counsel. | 195.00 | 0.3 | 58.50 |

| 09/22/2016 | KK | Correspondence | Correspondences with co-counsel ███████. | 450.00 | 1.0 | 450.00 |
| 09/23/2016 | KK | Conference | Conferences with co-counsel; Correspondence with opposing counsel. | 450.00 | 0.6 | 270.00 |
| 09/23/2016 | JF | Prepare | Prepare correspondence to Mr. Williams and Mr. Hernandez ███████████. | 195.00 | 0.3 | 58.50 |
| 09/26/2016 | KK | Correspondence | Correspondences with co-counsel and opposing counsel; Conferences with the Court. | 450.00 | 0.4 | 180.00 |
| 09/27/2016 | JF | Prepare | Prepare notices of depositions of Barnard, Bennett, Doyle and Chandramohan. Serve to opposing counsel; Coordinate court reporter. | 195.00 | 1.3 | 253.50 |
| 09/28/2016 | JF | Review | Review and respond to Mr. Herndandez's email. )Prepare pro hac vice application for Mr. Guzzo; Review rules of court. | 195.00 | 0.6 | 117.00 |

|  |  |  | Totals: | **28.6** | **$0.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|------|----|----------|-------------|------|----------|------------|
| 09/26/2016 | JK | Federal Express |  | 22.21 | 1.0 | 22.21 |

|  |  | Expense Total: | **$22.21** |

| Time Entry Sub-Total: | 0.00 |
|---|---|
| Expense Sub-Total: | 22.21 |
| **Sub-Total:** | 22.21 |
| **Total:** | 22.21 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$22.21** |

**Kelly and Crandall PLC**

Kelly and Crandall PLC

4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570


**James Williams**

██████████████████████

United States

| | |
|---|---|
| **Balance** | $743.70 |
| **Invoice #** | ███████ |
| **Invoice Date** | November 05, 2016 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between October 01, 2016 and October 31, 2016

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 10/06/2016 | KK | Attend | Attend call with the Court; Conference with Ron about discovery issues; Correspondences with co-counsel ████████████████. | 450.00 | 1.8 | 810.00 |
| 10/06/2016 | JF | Review | Review email; Review supplemental documents; Confer with Ms. Kelly; Finalize 2nd supplemental document production and prepare for service on counsel. Finalize submission of signature pages and errata sheets for deposition. | 195.00 | 1.4 | 273.00 |
| 10/12/2016 | KK | Conference | Conferences with MD regarding subpoena response; Conference with Mr. Raether regarding MTC; Correspondences with co-counsel. | 450.00 | 1.4 | 630.00 |
| 10/13/2016 | KK | Conference | Conference with Mr. Raether; Conference with co-counsel and Mr. Jaffe. | 450.00 | 1.4 | 630.00 |
| 10/14/2016 | KK | Conference | Conference with opposing counsel and co-counsel regarding compromise; Call court and advise of the same. | 450.00 | 1.2 | 540.00 |
| 10/16/2016 | KK | Correspondence | Conference call with co-counsel regarding order; Correspondences with opposing and co-counsel ███████████████. | 450.00 | 0.8 | 360.00 |
| 10/17/2016 | KK | Conference | Review edits to Order; Correspondences with co-counsel; Conference with Mr. Raether. | 450.00 | 1.2 | 540.00 |
| 10/17/2016 | NC | Prepare | Compile pleadings and documents for Motion to Compel Hearing and make binder | 150.00 | 1.7 | 255.00 |
| 10/18/2016 | KK | Attend | Prepare for and attend motion to compel hearing. | 450.00 | 6.5 | 2925.00 |

| 10/19/2016 | JF | Prepare | Correspondence to post-pone scheduled depositions; Email to Mr. Hernandez ███████; Exchange emails with Mr. Hernandez. | 195.00 | 0.6 | 117.00 |

|  |  |  |  | Totals: | **18.0** | **$0.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|------|-----|----------|-------------|------|----------|------------|
| 10/18/2016 | KK | Court Appearance | Transportation | 300.00 | 1.0 | 300.00 |
| 10/19/2016 | JK | Process Server | One Legal<br>Invoice # 0084188<br>Paid on CC | 169.95 | 1.0 | 169.95 |
| 10/21/2016 | JK | Transcript | Motion's Hearing-MTC 10/18/2016<br>Lisa K. Bankins-Court Reporter | 273.75 | 1.0 | 273.75 |

|  |  | Expense Total: | **$743.70** |

| Time Entry Sub-Total: | 0.00 |
|---|---|
| Expense Sub-Total: | 743.70 |
| **Sub-Total:** | 743.70 |
| **Total:** | 743.70 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$743.70** |

**Kelly and Crandall PLC**
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**
██████████████████████
United States

| | |
|---|---|
| **Balance** | $57.75 |
| **Invoice #** | ████████ |
| **Invoice Date** | December 07, 2016 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between November 01, 2016 and November 30, 2016

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 11/01/2016 | JF | Review | Review and respond to Mr. Wiliams' email. Confirm deposition arrangements from Mr. Albanese. | 195.00 | 0.3 | 58.50 |
| 11/02/2016 | KK | Correspondence | Correspondences with co- and opposing counsel; Edit joint motion for scheduling order. | 450.00 | 0.6 | 270.00 |
| 11/08/2016 | KK | Attend | Attend call with opposing counsel; Correspondences with co-counsel ████████ . | 450.00 | 0.6 | 270.00 |
| 11/15/2016 | KK | Review | Review correspondences from opposing counsel and compare with priv log. | 450.00 | 1.0 | 450.00 |
| 11/16/2016 | KK | Attend | Prepare for and attend call with Court; ██████ ████████ | 450.00 | 2.0 | 900.00 |
| 11/21/2016 | AG | Edit | and finalize second set of RFPs. | 350.00 | 0.6 | 210.00 |
| 11/29/2016 | KK | Review | Review documents produced in discovery; Correspondences with co-counsel. | 450.00 | 2.8 | 1,260.00 |
| 11/29/2016 | NC | Prepare | Review Complaint and client documents, review discovery documents and log each document | 150.00 | 5.2 | 780.00 |
| 11/30/2016 | NC | Prepare | Review discovery documents, log each document | 150.00 | 4.6 | 690.00 |
| | | | | Totals: | **17.7** | **$0.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 11/14/2016 | JK | Transcript | Rush Fee for Motions Hearing Transcript for 10.18.16 | 57.75 | 1.0 | 57.75 |

Expense Total: **$57.75**

| | |
|---|---:|
| Time Entry Sub-Total: | 0.00 |
| Expense Sub-Total: | 57.75 |
| **Sub-Total:** | 57.75 |
| | |
| **Total:** | 57.75 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$57.75** |

**Kelly and Crandall PLC**
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**

███████████████████

United States

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | █████████ |
| **Invoice Date** | January 06, 2017 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between December 01, 2016 and December 31, 2016

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| **Non-billable Time Entries:** | | | | | | |
| 12/01/2016 | NC | Prepare | Review discovery documents, log each document | 150.00 | 1.9 | 285.00 |
| 12/02/2016 | NC | Prepare | Review discovery documents, log each document | 150.00 | 1.5 | 225.00 |
| 12/06/2016 | KK | Conference | Conference with co-counsel and expert ███████ ███ . | 450.00 | 0.8 | 360.00 |
| 12/06/2016 | AG | Attend | telephone conference call re: ████████ ████████ . | 350.00 | 0.8 | 280.00 |
| 12/06/2016 | AG | Research | regarding ████████████ ; email correspondence with co-counsel re: █████ | 350.00 | 0.5 | 175.00 |
| 12/07/2016 | JF | Prepare | Prepare supplemental document response and supplemental answers to interrogatories. Review and assimilate documents. | 195.00 | 1.6 | 312.00 |
| 12/07/2016 | KK | Edit | Edit and review documents and pleadings to supplement discovery. | 450.00 | 0.7 | 315.00 |
| 12/08/2016 | JF | Finalize | Finalize supplemental response; Review prior document responses; Incorporate additional documents in document response; Prepare emails to counsel; Upload documents to Dropbox; Prepare additional emails. | 195.00 | 3.2 | 624.00 |
| 12/12/2016 | AG | Attend | meet and confer re: database production protocol. | 350.00 | 0.5 | 175.00 |
| 12/12/2016 | KK | Prepare | Prepare for and attend conference call with opposing counsel. | 450.00 | 1.0 | 450.00 |

| | | |
|---|---:|---:|
| Totals: | **12.5** | **$0.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| | |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

**Kelly and Crandall PLC**
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**
███████████████████
United States

| | |
|---|---|
| **Balance** | $702.91 |
| **Invoice #** | ██████ |
| **Invoice Date** | March 12, 2017 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between February 01, 2017 and February 28, 2017

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 02/01/2017 | AG | Prepare | and attend deposition of Praveen. | 350.00 | 4.8 | 1,680.00 |
| 02/03/2017 | KK | Attend | Attend call with co-counsel ███████████; Conference with Mr. Raether. | 450.00 | 1.8 | 810.00 |
| 02/03/2017 | AG | Telephone call | with co-counsel ██████████ | 350.00 | 0.5 | 175.00 |
| 02/06/2017 | KK | Conference | Conference with Mr. Williams; Conference with co-counsel ███████████; Correspondences to Mr. Raether. | 450.00 | 1.5 | 675.00 |
| 02/06/2017 | AG | Legal research | re:███████████████████; telephone call with co-counsel. | 350.00 | 1.3 | 455.00 |
| 02/15/2017 | KK | Conference | Conference with co-counsel ██████████. | 450.00 | 1.2 | 540.00 |
| 02/15/2017 | AG | Attend | strategy call with Mr. Jaffe and co-counsel. | 350.00 | 1.4 | 490.00 |
| 02/16/2017 | KK | Attend | Attend conference call with co-counsel and opposing counsel. | 450.00 | 0.8 | 360.00 |
| 02/16/2017 | AG | Attend | conference call re: discovery issues. | 350.00 | 0.5 | 175.00 |
| 02/21/2017 | AG | Review | of latest document production, including attempts to obtain the public record attributed to Williams from the California SOFR; email correspondence to Ms. Kelly. | 350.00 | 1.4 | 490.00 |
| 02/22/2017 | NC | Prepare | Review and log discovery documents | 150.00 | 1.9 | 285.00 |
| 02/23/2017 | NC | Prepare | Review discovery documents, log each document | 150.00 | 3.4 | 510.00 |
| 02/24/2017 | NC | Prepare | Review discovery documents, log each document | 150.00 | 0.5 | 75.00 |

| 02/27/2017 | AG | Edit | motion to amend scheduling and discovery order; email correspondence with co-counsel and Mr. St. George re: same. | 350.00 | 0.5 | 175.00 |
| 02/28/2017 | AG | Email correspondence | with Mr. St. George; review motion to amend scheduling order; file same. | 350.00 | 0.4 | 140.00 |
| | | | | Totals: | 21.9 | $0.00 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 02/02/2017 | JK | Database Hosting | VXCHANGE | 647.00 | 1.0 | 647.00 |
| 02/08/2017 | JK | Federal Express | | 55.91 | 1.0 | 55.91 |
| | | | | | Expense Total: | **$702.91** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| Expense Sub-Total: | 702.91 |
| **Sub-Total:** | 702.91 |
| **Total:** | 702.91 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$702.91** |

**Kelly and Crandall PLC**
4084 university Drive
Suite 202A
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**
██████████████████
United States

| | |
|---|---|
| **Balance** | $5,462.80 |
| **Invoice #** | ████████ |
| **Invoice Date** | April 3, 2017 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between March 01, 2017 and March 31, 2017

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 03/06/2017 | KK | Attend | Attend conference call with co-counsel. | 450.00 | 1.2 | 540.00 |
| 03/06/2017 | AG | Attend | conference call with Mr. Jaffe, Ms. Drake and Ms. Kelly. | 350.00 | 1.0 | 350.00 |
| 03/09/2017 | JF | Review | Review emails; Obtain public records. | 195.00 | 3.2 | 624.00 |
| 03/10/2017 | JF | Finalize | Obtain remaining public records and process files for review. | 195.00 | 6.0 | 1,170.00 |
| 03/14/2017 | AG | Review | of original records for deduplication test. | 350.00 | 2.8 | 980.00 |
| 03/16/2017 | KK | Attend | Attend call with co-counsel; Review records. | 450.00 | 3.8 | 1,710.00 |
| 03/16/2017 | AG | Attend | conference call with co-counsel re:██████ ████. | 350.00 | 2.4 | 840.00 |
| 03/16/2017 | AG | Email correspondence | with Mr. Jaffe and Ms. Drake re:████████ | 350.00 | 1.2 | 420.00 |
| 03/16/2017 | AG | Review | of underlying court records for ███████. | 350.00 | 3.8 | 1,330.00 |
| 03/17/2017 | KK | Review | Review letter to opposing counsel; Review VA data and provide comments. | 450.00 | 1.2 | 540.00 |
| 03/21/2017 | AG | Draft | ████████████████████ ████████████████ ███. | 350.00 | 1.4 | 490.00 |
| 03/22/2017 | KK | Review | Review data and correspondences; Conference with Mr. Guzzo. | 450.00 | 1.9 | 855.00 |
| 03/22/2017 | AG | Review | of latest spreadsheet created by Jaffe. | 350.00 | 0.6 | 210.00 |
| 03/22/2017 | AG | Outline | and review █████████ | 350.00 | 0.8 | 280.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 03/23/2017 | KK | Attend | Attend conference call with co-counsel re: ███; ███████████; Conference and correspondences with Mr. Raether. | 450.00 | 3.1 | 1,395.00 |
| 03/23/2017 | AG | Attend | conference call with co-counsel and Jaffe; email of Jaffe's primary results. | 350.00 | 3.7 | 1,295.00 |
| 03/24/2017 | AG | Email correspondence | with co-counsel; review of Jaffe's latest spreadsheets. | 350.00 | 0.9 | 315.00 |
| 03/30/2017 | AG | Email correspondence | with co-counsel re: ██████████. | 350.00 | 0.4 | 140.00 |
| 03/31/2017 | KK | Attend | Attend case planning call with co-counsel; Edit and serve discovery. | 450.00 | 1.3 | 585.00 |
| 03/31/2017 | AG | Attend | co-counsel planning call; draft second set of interrogatories to SR. | 350.00 | 2.6 | 910.00 |

Totals: **43.3** **$0.00**

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 03/02/2017 | JK | Database Hosting | VXCHANGE Invoice # inv00014168 Invoice Date 03.01.2017 | 647.00 | 1.0 | 647.00 |
| 03/02/2017 | JK | Deposition Costs | Berger & Montague PC | 4,815.80 | 1.0 | 4,815.80 |

Expense Total: **$5,462.80**

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| Expense Sub-Total: | 5,462.80 |
| **Sub-Total:** | 5,462.80 |
| | |
| **Total:** | 5,462.80 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$5,462.80** |

**Kelly and Crandall PLC**
3925 Chain Bridge Rd.
Suite 202
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**
█████████████████████
United States

| Balance | $0.00 |
|---|---|
| **Invoice #** | ██████ |
| **Invoice Date** | May 3, 2017 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between April 01, 2017 and April 30, 2017

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 04/05/2017 | KK | Attend | Attend conference call with co-counsel on ██ | 450.00 | 1.0 | 450.00 |
| 04/06/2017 | KK | Correspondence | Correspondences with co-counsel; Edit and serve 30b6; Correspondences with Mr. Raether. | 450.00 | 0.8 | 360.00 |
| 04/19/2017 | AG | Attend | meet and confer call. | 350.00 | 0.5 | 175.00 |
| 04/19/2017 | KK | Attend | Attend meet and confer call. | 450.00 | 0.5 | 225.00 |
| | | | | Totals: | **2.8** | **$0.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

**Kelly and Crandall PLC**
3925 Chain Bridge Rd.
Suite 202
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**
█████████████████████████
United States

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | ███████ |
| **Invoice Date** | June 1, 2017 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between May 01, 2017 and May 31, 2017

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 05/08/2017 | KK | Edit | Edit letter; Correspondences with co-counsel. | 450.00 | 0.7 | 315.00 |
| 05/25/2017 | AG | Edit | settlement conference memo. | 375.00 | 1.4 | 525.00 |
| 05/30/2017 | KK | Attend | Attend conference call with co-counsel; Correspondences with opposing counsel; Conference with Mr. Raether; Review settlement memo. | 450.00 | 3.0 | 1,350.00 |
| 05/31/2017 | KK | Edit | Edit settlement memo; Correspondences with co-counsel; Correspondence to Mr. Williams. | 450.00 | 1.5 | 675.00 |
| 05/31/2017 | AG | Update | settlement memo. | 375.00 | 0.9 | 337.50 |
| | | | Totals: | | **7.5** | **$0.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |

**Kelly and Crandall PLC**
3925 Chain Bridge Rd.
Suite 202
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**

███████████████████

United States

| | |
|---|---|
| **Balance** | $7,776.89 |
| **Invoice #** | ████████ |
| **Invoice Date** | July 7, 2017 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between June 01, 2017 and June 30, 2017

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 06/01/2017 | KK | Review | Review the draft of the settlement memo. | 450.00 | 0.8 | 360.00 |
| 06/05/2017 | KK | Conference | Conference with Rod Max; Conference with Ms. Drake. | 450.00 | 0.8 | 360.00 |
| 06/09/2017 | KK | Attend | Attend call with mediator. | 450.00 | 0.7 | 315.00 |
| 06/14/2017 | KK | Travel | Travel to mediation. | 450.00 | 5.0 | 2,250.00 |
| 06/15/2017 | KK | Attend | Travel to/from and attend mediation. | 450.00 | 20.0 | 9,000.00 |
| 06/21/2017 | KK | Conference | Review edits to term sheet; Conference with opposing counsel ███████████ . | 450.00 | 0.8 | 360.00 |
| 06/22/2017 | KK | Review | Review of term sheet; Edit status report; Correspondences with co-counsel and opposing counsel. | 450.00 | 0.5 | 225.00 |
| 06/22/2017 | AG | Finalize | and file joint status report. | 375.00 | 0.3 | 112.50 |
| | | | | Totals: | **28.9** | **$0.00** |

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 06/02/2017 | JK | VXChnge | | 1,294.00 | 1.0 | 1,294.00 |
| 06/15/2017 | KK | Travel | Travel, lodging, meals for mediation | 1,780.54 | 1.0 | 1,780.54 |
| 06/27/2017 | JK | Mediation | | 4,702.35 | 1.0 | 4,702.35 |
| | | | | | Expense Total: | **$7,776.89** |

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| Expense Sub-Total: | 7,776.89 |
| **Sub-Total:** | 7,776.89 |
| | |
| **Total:** | 7,776.89 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$7,776.89** |

**Kelly and Crandall PLC**
3925 Chain Bridge Rd.
Suite 202
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**

██████████████████

United States

| | |
|---|---|
| **Balance** | $647.00 |
| **Invoice #** | ██████ |
| **Invoice Date** | August 3, 2017 |
| **Payment Terms** | |
| **Due Date** | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Williams/ James**

For services rendered between July 01, 2017 and July 31, 2017

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 07/05/2017 | KK | VXChnge | | 647.00 | 1.0 | 647.00 |

Expense Total:   **$647.00**

| | |
|---|---|
| Expense Sub-Total: | 647.00 |
| **Sub-Total:** | 647.00 |
| | |
| **Total:** | 647.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$647.00** |

**Kelly and Crandall PLC**
3925 Chain Bridge Rd.
Suite 202
Fairfax, VA 22030
United States
703-424-7570

Kelly and Crandall PLC

**James Williams**

<span style="background:black;color:black">████████████</span>

United States

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | ████ |
| **Invoice Date** | September 3, 2017 |
| **Payment Terms** | |
| **Due Date** | |

---

**Williams/ James**

For services rendered between August 01, 2017 and August 31, 2017

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 08/15/2017 | KK | Review | Review edits to settlement agreement; Correspondences with co-counsel. | 450.00 | 1.4 | 630.00 |
| 08/17/2017 | KK | Attend | Attend call with opposing counsel. | 450.00 | 0.5 | 225.00 |
| 08/22/2017 | KK | Review | Review settlement documents; Draft declaration. | 450.00 | 1.5 | 675.00 |

Totals:   **3.4**   **$0.00**

| | |
|---|---|
| Time Entry Sub-Total: | 0.00 |
| **Sub-Total:** | 0.00 |
| **Total:** | 0.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$0.00** |