**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| JAMES L. WILLIAMS, *et al.* | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action 8:16-cv-00058-PX |
| | ) | |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC, | ) ) | |
| | ) | |
|     Defendant. | ) | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT [UNOPPOSED]**

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Directing Notice to Class dated October 5, 2017, (ECF No. 107), the Named Plaintiffs and Class Counsel move the Court to: (1) grant final approval and enter the Final Approval Order; (2) enter the Injunctive Relief Order; (3) dismiss all of Plaintiffs' and Settlement Class members' claims with prejudice; and (4) award the requested attorneys' fees, costs, Named Plaintiffs' service awards, and settlement administration costs.  This Motion is based on the points and authorities cited in Plaintiffs' accompanying memorandum; the declarations of John G. Albanese; the declaration of Keith Salhab of American Legal Claim Services, LLC; the arguments of counsel; and all files, records, and proceedings in this matter.  Defendant does not oppose the relief sought by this motion.

                                                            Respectfully submitted,

                                                            **BERGER & MONTAGUE, P.C.**

                                                             By:  /s/ *John G. Albanese*
                                                                     Counsel

Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:  kkelly@kellyandcrandall.com

E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)*
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Email:  emdrake@bm.net
            jalbanese@bm.net

*admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

S. Mohsin Reza
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone: (703) 734-4334
Facsimile: (703) 734-4340
mohsin.reza@troutmansanders.com

Timothy J. St. George
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile:  (804) 698-601 3
tim.stgeorge@troutmansanders.com

Ronald I. Raether, Jr.
TROUTMAN SANDERS LLP
5 Park Plaza Ste 1400
Irvine, CA 92614
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
ronald.raether@troutmansanders.com

*Counsel for Defendant*

/s/ John G. Albanese
E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)*
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Email:  emdrake@bm.net
             jalbanese@bm.net

*admitted *pro hac vice*

*Counsel for Plaintiffs*