**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| JAMES L. WILLIAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 8:16-cv-00058-PX |
| ) | |
| CORELOGIC RENTAL PROPERTY ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JOHN G. ALBANESE**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL**
**APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

I, John G. Albanese, hereby declare as follows:

1. I am one of Plaintiffs' attorneys in this matter.

2. I submit this Declaration in support of Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement.

3. The Settlement Administrator received a letter from Ms. Priscilla Saxer postmarked December 30, 2017, four days after the objection deadline.

4. After receiving the Ms. Saxer's letter, which did not contain a phone number, Class Counsel sent a letter to Ms. Saxer seeking more information regarding her complaint.

5. Class Counsel then received voicemail from Ms. Saxer stating that she was unable to speak over the phone due to her life circumstances. After receiving the voicemail, Class Counsel sent a follow-up letter explaining that the Settlement did not cover claims related to inaccurate reporting of criminal records, and referred her to her local bar association. Class Counsel has not had any further contact with Ms. Saxer.

   The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

 Dated:  February 19, 2018      */s/ John G. Albanese*
                  John G. Albanese