IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES L. WILLIAMS, *et al.* | * |
| | * |
| Plaintiffs | * |
| | * |
| , v. | *   Civil Action 8:16-cv-00058-PX |
| | * |
| CORELOGIC RENTAL | * |
| PROPERTY SOLUTIONS, LLC, | * |
| | * |
| Defendant. | * |
| | ***** |

# FINAL APPROVAL ORDER

This matter, having come before the Court on Plaintiffs' Motion for Final Approval of the proposed class action settlement with Defendant, CoreLogic Rental Property Solutions, LLC; the Court having considered all papers filed and arguments made with respect to the settlement, and having provisionally certified, by Order entered October 5, 2017 a "File Disclosure Settlement Class," and the Court, being fully advised finds that:

1. Certification for settlement purposes of the File Disclosure Settlement Class, as defined by the Settlement Agreement proposed by the Parties in this case (ECF No. 103-3), is appropriate pursuant to Federal Rules of Civil Procedure 23(a) and 23(b).

2. Notice to the File Disclosure Settlement Class required by Rule 23(e) of the Federal Rules of Civil Procedure has been provided in accordance with the Court's Preliminary Approval Order.  Such Notice has been given in an adequate and sufficient manner; constitutes the best notice practicable under the circumstances; and satisfies Rule 23(e) and due process.

3. The Defendant has timely filed notification of this settlement with the appropriate officials pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

The Court has reviewed such notification and accompanying materials, and finds that the Defendant's notification complies fully with the applicable requirements of CAFA.

4. The Settlement Agreement was arrived at as a result of arms-length negotiations conducted in good faith by counsel for the parties and is supported by the parties.

5. The settlement as set forth in the Settlement Agreement is fair, reasonable, and adequate to the members of the File Disclosure Settlement Class in light of the complexity, expense and duration of litigation and the risks involved in establishing liability, damages and in maintaining the class action through trial and appeal.

6. The relief provided under the settlement constitutes fair value given in exchange for the release of claims.

7. No persons have validly excluded themselves from the File Disclosure Settlement Class in accordance with the provisions of the Preliminary Approval Order.

8. The parties and each Class Member have irrevocably submitted to the exclusive jurisdiction of this Court for any suit, action, proceeding, or dispute arising out of the Settlement Agreement.

9. It is in the best interests of the parties and the Class Members and consistent with principles of judicial economy that any dispute between any File Disclosure Settlement Class Member (including any dispute as to whether any person is a File Disclosure Settlement Class Member) and any Released Party which in any way relates to the applicability or scope of the Settlement Agreement or the Final Judgment and Order should be presented exclusively to this Court for resolution by this Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

10. This action is a class action against Defendant, CoreLogic Rental Property Solutions, LLC, on behalf of a class of consumers that has been defined as follows:

> **File Disclosure Settlement Class**: All persons residing in the United States of America (including its territories and Puerto Rico) who, from March 24, 2014 through the date when the Court enters its Preliminary Approval Order, made a request pursuant to Section 609(a) of the FCRA [15 U.S.C. § 1681g(a)] for a copy of their consumer file and received a response containing at least one criminal record in their file, and whose file disclosure also contained one or more of the following phrases: "Statewide Criminal Search Report by Crimcheck America"; "Multistate Criminal Search Report by Crimcheck America"; or "Sex Offender Search Report by Crimcheck America."

The File Disclosure Settlement Class does not include Defendant's officers, directors, and employees; Defendant's attorneys; Named Plaintiffs' attorneys; any Judge overseeing or considering the approval of the Settlement together with members of their immediate family and any judicial staff.

11. The Settlement Agreement submitted by the parties for the File Disclosure Settlement Class is finally approved pursuant to Rule 23(e) of the Federal Rules of Civil Procedure as fair, reasonable, and adequate and in the best interests of the File Disclosure Settlement Class. The Settlement Agreement shall therefore be deemed incorporated herein and the proposed settlement is finally approved and shall be consummated in accordance with the terms and provisions thereof, except as amended or clarified by any subsequent order issued by this Court.

12. This action is hereby dismissed on the merits, with prejudice and without costs.

13. As agreed by the parties in the Settlement Agreement, upon the Effective Date, the Released Parties shall be released and discharged in accordance with the Settlement Agreement.

14. Without affecting the finality of this judgment, the Court hereby reserves and retains jurisdiction over this settlement, including the administration and consummation of the settlement. In addition, without affecting the finality of this judgment, the Court retains exclusive jurisdiction over Defendant and each member of the File Disclosure Settlement Class for any suit, action, proceeding or dispute arising out of or relating to this Order, the Settlement Agreement or the applicability of the Settlement Agreement. Without limiting the generality of the foregoing, any dispute concerning the Settlement Agreement, including, but not limited to, any suit, action, arbitration or other proceeding by a File Disclosure Settlement Class member in which the provisions of the Settlement Agreement are asserted as a defense in whole or in part to any claim or cause of action or otherwise raised as an objection, shall constitute a suit, action or proceeding arising out of or relating to this Order. Solely for purposes of such suit, action or proceeding, to the fullest extent possible under applicable law, the parties hereto and all File Disclosure Settlement Class are hereby deemed to have irrevocably waived and agreed not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of this Court, or that this Court is, in any way, an improper venue or an inconvenient forum.

15.   Upon consideration of Class Counsel's application for fees and costs and other expenses, the Court awards $277,152 as reasonable attorneys' fees and reimbursement for reasonable out-of-pocket expenses.

16. Upon consideration of the application for an individual settlement and service award, the Named Plaintiffs, James L. Williams and Hector D. Hernandez, are each awarded the sum of two thousand five hundred dollars ($2,500), to be paid from the Settlement

Fund, in consideration of their individual claims against the Defendant and for the service they have performed for and on behalf of the File Disclosure Settlement Class.

17. The Court finds, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that there is no just reason for delay, and directs the Clerk to enter final judgment.

BY THE COURT

04/05/2018
Date

/S/
Paula Xinis
United States District Judge