IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES L. WILLIAMS, *et al.* | * | |
| | * | |
| | * | |
| Plaintiffs | * | |
| | * | Civil Action 8:16-cv-00058-PX |
| v. | * | |
| | * | |
| CORELOGIC RENTAL | * | |
| PROPERTY SOLUTIONS, LLC, | * | |
| | * | |
| Defendant. | | |

\*\*\*\*\*

## INJUNCTIVE RELIEF ORDER

On April 5, 2018, the Court entered its Order granting the Motion for Final Approval of Class Action Settlement and Entry of Final Judgment and Order (ECF No. 117). Pursuant to that Order and Section 4.3.1 of the Settlement Agreement and Release, dated August 29, 2017 (the "Settlement Agreement"), the Court enters this Injunctive Relief Order and hereby orders that Defendant CoreLogic SafeRent, LLC ("Defendant") comply with the following term of the settlement: Defendant shall cease using the phrases "Statewide Criminal Search Report by Crimcheck America," "Multistate Criminal Search Report by Crimcheck America," or "Sex Offender Search Report by Crimcheck America" in the criminal record section of file disclosures sent to consumers in response to a copy of a request for their consumer file.

For purposes of this Injunctive Relief Order, the Court adopts and incorporates the definitions and meanings of the defined terms set forth in the Settlement Agreement. The terms of this Injunctive Relief Order are intended to reflect the Injunctive Relief provisions in the Settlement Agreement and shall not be construed to impose any obligations or requirements in addition to those set forth in the Settlement Agreement.

If any member of the File Disclosure Settlement Class has a claim or dispute regarding Defendant's compliance with this Settlement Agreement, including but not limited to the injunctive relief applicable to that Class Member, then such Class Member first must submit, *pro se* or through counsel, his or her dispute directly to the Defendant before taking any other action. Upon receipt of such a dispute, the Defendant will investigate the dispute and respond to the Class Member within thirty (30) days. The Defendant's response must state the results of the Defendant's investigation of the allegation of non-compliance with the Settlement Agreement and any action taken or to be taken to address the Class Member's dispute; or, if additional information is required for the Defendant to complete its investigation, the Defendant's response must identify the specific additional information that is required. Upon the Class Member's submission of all of the additional information required (as set forth in the Defendant's response), the Defendant will have thirty (30) days to complete its investigation of the Class Member's dispute regarding the allegation of non-compliance with the Settlement Agreement and to provide a response containing the results of its investigation and any action taken or to be taken to address the dispute.

If, after the dispute resolution process described above has been completed, the Class Member wants to seek additional remedies, then he or she may submit his or her dispute regarding the allegation of non-compliance with the Settlement Agreement to the Court (pursuant to the Court's retention of exclusive jurisdiction under Section 9.4 of the Settlement Agreement) under the caption for this Litigation. The Class Member's submission to the Court must include copies of all correspondence between the Class Member and the Defendant regarding the dispute prior to the submission. The Court shall have exclusive and sole jurisdiction to resolve the dispute.

Any action by Defendant determined in good faith to be reasonably necessary to comply with any federal, state, or local law, enactment, regulation, or judicial ruling shall not constitute a breach of the Settlement Agreement or this Order.  In the event that any obligation that Defendant has agreed to undertake in the File Disclosure Settlement Class Injunctive Relief becomes inconsistent with any future federal, state, or local law, enactment, regulation, or judicial ruling or if the File Disclosure Settlement Class (or any subset thereof) agrees to impose less stringent requirements on any competitor of Defendant, then Defendant shall be released from performing such obligation after notice to the Court and Class Counsel.  Any objection to such change in procedure shall be made to the Court by Class Counsel within ten (10) days of such notice.

The Court reserves continuing and exclusive jurisdiction over the parties with respect to all matters relating to this Injunctive Relief Order, including its administration, interpretation, effectuation, and enforcement of its provisions pursuant to the dispute resolution process in Section 9.3 of the Settlement Agreement.  None of the parties, including any File Disclosure Settlement Class Member, shall be entitled to the recovery of attorney's fees, costs or other expenses in connection with any efforts to monitor compliance with this Injunctive Relief Order.

**IT IS SO ORDERED.**

 04/05/2018                                                                             /s/                                  
Date                                                                                Paula Xinis
                                                                                    United States District Judge